UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARD G. HOROWITZ,

    Plaintiff,

v.                                             Case No. 2:20-cv-955-JLB-NPM

PFIZER INC, HEARST
CORPORATION, MODERNA INC,
HENRY SCHEIN, INC. and DOES 1
THROUGH 50, INCLUSIVE,

    Defendants.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Leonard G. Horowitz |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Daniel Brandon Rogers<br>Nina N. Shah<br>Ravi V. Sitwala<br>David J. Walz<br>Glenn S. Kerner<br>Nilda M. Isidro<br>John P. McDonald<br>Madeleine E. Brunner |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | March 17, 2021<br>10:00 AM | **Total Time** | 15 minutes |

## Preliminary Pretrial Conference

For reasons stated on the record, the stay motion will be granted. Once an answer is filed by a Defendant, the parties are directed to file a Case Management Report within 21 days. Order to follow.