**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

LEONARD G. HOROWITZ,

     Plaintiff,

vs.                         Case No. 2:20-cv-00955-JLB-NPM

PFIZER INC., et al.,

     Defendants.

_____/

**<u>DEFENDANT PFIZER INC.'S MOTION FOR JUDICIAL NOTICE OF
PUBLIC RECORDS IN SUPPORT OF ITS MOTION TO DISMISS AND
INCORPORATED MEMORANDUM OF LAW</u>**

     Defendant Pfizer Inc. ("Pfizer"), pursuant to Federal Rule of Evidence 201, respectfully requests this Court take judicial notice of six public records available on federal agency websites in support of Pfizer's Motion to Dismiss and Incorporated Memorandum of Law. (Dkt. 54.)

## <u>INTRODUCTION</u>

     On December 2, 2020, Plaintiff Leonard Horowitz filed an 85-page Complaint against Pfizer and co-Defendants. (Dkt. 1.) The Complaint makes many claims, including that COVID-19 was supposedly manufactured in a lab and that the Court should enjoin the distribution of Pfizer and co-Defendant Moderna, Inc.'s COVID-19 vaccines that have been authorized for emergency use by FDA. The crux of Plaintiff's claims against Pfizer is that, contrary to FDA's determination, Pfizer's vaccine supposedly presents health and safety risks that Pfizer should have disclosed. Pfizer's

Motion to Dismiss, filed concurrently with the present Motion, seeks dismissal of all of Plaintiff's claims against Pfizer.

Pfizer's Motion to Dismiss cites and relies upon certain public records—specifically, federal agency documents—pertinent to the claims alleged in Plaintiff's Complaint. Pfizer requests this Court take judicial notice of the following six federal agency records:

1. FDA Warning Letter from Roberta F. Wagner, Dir., Office of Compliance, Ctr. for Food Safety and Applied Nutrition, to Dr. Leonard Horowitz, Ms. LindenBach, and Ms. Johnson (May 11, 2010) ("FDA Warning Letter"), attached as Ex. A to Pfizer's Motion to Dismiss.
   a. This record is publicly available on the FDA archival website at https://wayback.archive-it.org/7993/20170112194708/http:/www.fda.gov/ICECI/EnforcementActions/WarningLetters/2010/ucm212397.htm.[1]

2. U.S. DEP'T OF HEALTH & HUMAN SERVS., *Determination of Public Health Emergency*, 85 FR 7316 (Feb. 7, 2020), attached as Ex. B to Pfizer's Motion to Dismiss.
   a. This record is publicly available on the Federal Register website at https://www.federalregister.gov/documents/2020/02/07/2020-02496/determination-of-public-health-emergency.

3. U.S. DEP'T OF HEALTH & HUMAN SERVS., *Emergency Use Authorization Declaration*, 85 FR 18250 (Apr. 1, 2020), attached as Ex. C to Pfizer's Motion.
   a. This record is publicly available on the Federal Register website at https://www.federalregister.gov/documents/2020/04/01/2020-06905/emergency-use-authorization-declaration.

4. U.S. FOOD & DRUG ADMIN., *Emergency Use Authorization of Medical Products and Related Authorities: Guidance for Industry and Other Stakeholders* (2017), attached as Ex. D to Pfizer's Motion to Dismiss.
   a. This record is publicly available on the FDA website at https://www.fda.gov/media/97321/download.

---

[1] FDA utilizes the service Archive-It to preserve records online. *See* https://www.fda.gov/about-fda/about-website/fdagov-archive. This 2010 Warning Letter is available by searching "Oxysilver" in the FDA Archive-It website or by accessing the document directly at the link above.

5. U.S. FOOD & DRUG ADMIN., *Pfizer-BioNTech COVID-19 Vaccine Emergency Use Authorization Review Memorandum* (Dec. 11, 2020), attached as Ex. E to Pfizer's Motion to Dismiss.
    a. This record is publicly available on the FDA website at https://www.fda.gov/media/144416/download.

6. U.S. FOOD & DRUG ADMIN., *FDA Approval Letter and Emergency Use Authorization to Pfizer* (Feb. 25, 2021), attached as Ex. F to Pfizer's Motion to Dismiss.
    a. This record is publicly available on the FDA website at https://www.fda.gov/media/144412/download.

## MEMORANDUM OF LAW

Federal courts may take judicial notice of any fact "not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

In the Eleventh Circuit, courts routinely find that the public records of federal agencies, including FDA, satisfy Rule 201 and consider those records at the motion to dismiss stage. *E.g.*, *Rounds v. Genzyme Corp.*, 440 F. App'x 753, 754–56 (11th Cir. 2011) (relying upon FDA-approved package inserts to decide motion to dismiss); *Leroy v. Medtronic, Inc.*, 2015 WL 4600880, at *5 (N.D. Fla. July 29, 2015) ("Courts in this circuit and elsewhere have taken judicial notice of similar FDA public records under similar circumstances, and without transforming a motion to dismiss under Rule 12(b)(6) into a motion for summary judgment."); *Stanifer v. Corin USA Ltd., Inc.*, 2014 WL 5823319, at *3 (M.D. Fla. Nov. 10, 2014) (considering FDA records on a motion to dismiss because "public records available on the FDA's website . . . satisfy the requirements of Rule 201"); *Kaiser v. Depuy Spine, Inc.*, 944 F. Supp. 2d 1187, 1189 n.2

(M.D. Fla. 2013) (taking "judicial notice of public records of the FDA" on a motion to dismiss); *Chapman v. Abbott Labs.*, 930 F. Supp. 2d 1321, 1323 (M.D. Fla. 2013).

Other courts have taken judicial notice of the same or similar FDA documents identified by Pfizer here. *E.g.*, *Goico v. U.S. Food & Drug Admin.*, 2020 WL 7078731 (D. Kan. Dec. 3, 2020). In *Goico*, a *pro se* plaintiff sued to enjoin FDA from restricting access to the drug hydroxychloroquine after the Agency revoked the drug's emergency use authorization ("EUA") for COVID-19 treatment. At the Agency's request, the court took judicial notice of five documents publicly available on the FDA website at the motion to dismiss stage, including the EUA for Chloroquine, FDA News Release, and FDA Risk Alert. *Id.* at *3.[2]

This Court should likewise take judicial notice of the six public records offered by Pfizer, which are similar to the FDA records judicially noticed in *Goico*. Here, Pfizer requests that this Court take judicial notice of FDA's public health emergency determination and emergency use authorization declaration,[3] the Pfizer vaccine's EUA, FDA's review memorandum, FDA guidance documents addressing EUAs, and a warning letter sent by FDA to Plaintiff in 2010. Taking judicial notice of each document is appropriate under Rule 201, as each is readily available on the U.S. Federal Register or FDA's websites, both of which constitute "a source that cannot reasonably be questioned." *Dixon v. Allergan USA, Inc.*, 2015 WL 13777064, at *2 (S.D.

---

[2] The court used the records to review FDA's regulation of hydroxychloroquine during the COVID-19 pandemic and then granted FDA's motion to dismiss for lack of standing. *Id.* at *3–5, 7–9.

[3] This is the same government declaration judicially noticed in *Goico*. *Id.* at *4 n.32.

Fla. Apr. 2, 2015) (stating "FDA's public records merit judicial notice" because they are "readily accessible on the FDA's website, a source that cannot reasonably be questioned"); *accord Leroy*, 2015 WL 4600880, at *5.

## CONCLUSION

For all of these reasons, Pfizer respectfully requests this Court take judicial notice of the six public records identified herein and attached as Exhibits to Pfizer's Motion to Dismiss and Incorporated Memorandum of Law.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with Plaintiff about the relief requested herein. Plaintiff opposes this Motion as currently filed. According to Plaintiff, he does not oppose the documents listed in this Motion as Nos. 2–6, nor does he oppose the document listed in this Motion as No. 1 ("FDA Warning Letter") if Pfizer also asks the Court to take judicial notice of Plaintiff's published response to FDA's OxySilver Notice.

Dated: March 25, 2021

Respectfully submitted,

*/s Brian T. Guthrie*
Brian T. Guthrie
Florida Bar No. 84232
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa St., Suite 2900
Tampa, FL 33602
T: 813-202-7100
F: 813-221-8837
bguthrie@shb.com

Daniel B. Rogers
Florida Bar No. 195634
SHOOK, HARDY & BACON L.L.P.
201 S. Biscayne Blvd. Suite 3200
Miami, FL 33131
T: 305-358-5171
F: 305-358-7470
drogers@shb.com

*Attorneys for Defendant Pfizer Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March 2021, I filed a true and correct copy of the foregoing through the Court's CM/ECF system.  I further certify that I served by E-Mail and U.S. Mail a copy of the filed document to the following non-CM/ECF participant(s):

Leonard G. Horowitz, *Pro Se*
P.O. Box 150457
Cape Coral, FL 33915
T: 310-877-3002
E-Mail:  editor@medicalveritas.org

*/s Brian T. Guthrie*
Attorney