

# HENRY SCHEIN® MEDICAL

LOGIN  Create an Online Account

My Order: $0.00

/ Our Customers / Providers & Specialties / Athletics & Schools / Rehabilitation and Recovery / **BioWavePRO**



## Relieve Your Athletes' Pain with Smarter Pain-Blocking Technology from the BioWavePRO Neurostimulator

The BioWavePRO neurostimulator uses a unique signal-mixing technology to deliver electrical signals through the skin directly to nerves for inhibiting pain transmission and improving function.

Clinical studies have shown that BioWavePRO with noninvasive electrodes can be used to reduce pain and improve function including increased range of motion, decreased stiffness, and reduction of muscle spasm for up to 24 hours following a single 30-minute treatment.

### An Improvement over TENS

BioWavePRO's non-opioid, FDA-cleared, VA-prescribed, professional athlete-trusted, patented approach to chronic and acute pain relief that goes beyond old-fashioned transcutaneous electrical nerve stimulation (TENS) technology.



**Exhibit 3**

**TENS Transcutaneous Electrical Nerve Stimulation**

Transmits stimulation across the surface of skin which may act as a distraction to pain (gate control theory)

**BioWave Subcutaneous Electrical Nerve Stimulation**

Transmits stimulation beneath the surface of skin directly to nociceptive fibers blocking the transmission of pain signals to the