

## Former Pfizer President of R&D Joins Biotech Startup, Frequency Therapeutics

March 31, 2017   HHTM

WOBURN, MASSACHUSSETTS — Frequency Therapeutics, a biotech firm developing drugs to re-create sensory cells in the inner ear, announced the appointment of John LaMattina, PhD, as a member of its Scientific Advisory Board and Senior Advisor to the CEO.

According to the company's press release, Dr. LaMattina is the former President of Pfizer Gobal Research and Development and Senior Vice President of Pfizer, Inc. During his tenure at Pfizer, the company discovered and developed many innovative and highly successful new drugs, including: Zoloft, Chantix, Lyrica, and many others.



John LaMattina, PhD

### About Frequency Therapeutics

Frequency Therapeutics is a leader in the development of medicines designed to activate progenitor cells within the body to treat degenerative diseases. The Company's progenitor cell activation (PCA) approach stimulates progenitor cells to create functional tissue with the aim of developing disease modifying therapies. The Company's lead product candidate, FX-322, is designed to regenerate auditory hair cells to restore hearing function. In a FX-322 Phase 1/2 study, statistically significant and clinically meaningful improvements in key measures of hearing function in patients with sensorineural hearing loss were observed. FX-322 is being evaluated in multiple ongoing clinical studies in patients with sensorineural hearing loss. The Company also is evaluating additional diseases where its PCA approach could create functional tissue, including in a pre-clinical program in multiple sclerosis.

Headquartered in Woburn, Mass., Frequency has an ex-U.S. license and collaboration agreement with Astellas Pharma Inc. for FX-322, as well as additional collaboration and licensing agreements with academic and nonprofit research organizations including Massachusetts Eye and Ear, Mass General Brigham and the Massachusetts Institute of Technology, The Scripps Research Institute and Cambridge Enterprises Limited, Cambridge University, UK. . For more information, visit www.frequencytx.com and follow Frequency on Twitter @Frequencytx.

Exhibit 5

View source version on businesswire.com: https://www.businesswire.com/news/home/20210208005168/en/