Dec 10, 2016, 10:52pm EST

# Are Chiropractors Backing The Anti-Vaccine Movement?



**Bruce Y. Lee** Senior Contributor
Healthcare

*I am a writer, journalist, professor, systems modeler, computational and digital health expert, avocado-eater, and entrepreneur, not always in that order.*

This article is more than 4 years old.



Dr Andrew Wakefield (center) was the first clinician to suggest a link between autism in children... [+]

Today Andrew Wakefield was a keynote speaker at the International Chiropractors Association's Annual Conference on Chiropractic and Pediatrics in Maui, Hawaii. Yes, the same Andrew Wakefield, who in 2010 was stripped of his medical license in the United Kingdom for

Exhibit 7

ethical violations and failure to disclose potential financial conflicts of interest. The same Wakefield who published a subsequently discredited and retracted study in the *Lancet* linking vaccines to autism that the *British Medical Journal (BMJ)* described as an "elaborate fraud". The same Wakefield who produced and directed an anti-vaccine "documentary" film, *Vaxxed: From Cover-Up to Catastrophe,* that pushed conspiracy theories about the Centers for Disease Control and Prevention (CDC) and vaccines. The same Wakefield who has not been able to provide scientific evidence to support his claims. Is this really the best way for a professional association and a conference to gain scientific legitimacy?

The Annual Conference on Chiropractics and Pediatrics now has something in common with the "Conspira-Sea Cruise," a week-long cruise hosted by the tour company Divine Travels to have conversations about--you guessed it--"conspiracies." Both have invited Wakefield as a guest speaker. David Gorski writing for *Popular Mechanics* mentioned some of the others on the cruise's preliminary list of speakers such as:

- **Robert O. Young:** who has claimed that the cause of all cancers is excess acidity and has been selling books and programs promoting alkaline diets. (Who would have thought that the Cancer Moonshot is just to make better Tums tablets?)

- **Robert Strecker:** who has claimed that HIV/AIDS is a man-made (or actually human-made) disease that was spread by the government (because the government just does not have enough to problems to address).

- **Len Horowitz:** who describes himself as the "King of Natural Healing" and has been trying to sell an herbal cream that he claims will make skin cancer fall off your body in less than 3

weeks.

The preliminary speaker list probably reflected the final list of speakers, unless the cruise was itself a conspiracy. As April Glaser reported for *Wired*, the cruise speakers included people who have broken the law such as Sean David Morton, who was indicted and fined by the U.S. Securities and Exchange Commission for making false (as opposed to truthful) claims to investors about psychic abilities to predict the stock market. (Apparently, his psychic abilities did not help him predict that the SEC would catch him.)

What Horowitz, Young and a number of others on the cruise have in common is that they are all trying to sell treatments that compete with existing treatments approved and supported by legitimate government agencies such as the Food and Drug Administration (FDA) and the scientific community. So, could conspiracy theorists have something to gain financially by discrediting the government and the scientific community? Could there be personal agendas behind certain conspiracy theories? In other words, could there be conspiracies behind conspiracy theories?

Let's go back to the "anti-vaccine movement." But before we do so, let's clearly distinguish "anti-vaxxers" from those who have earnest concerns or questions about vaccines, but are not staunchly opposed to the idea of vaccination. Vaccines are not 100% safe. Nothing is. Not even stuffed animals. (This is not to say that the risks of vaccines and stuffed animals are the same.) Indeed, vaccines can cause both minor and major side effects. But scientific studies have shown that the risks of major side effects are very low and have not shown any connection between vaccines and autism. The benefits of vaccines seem to far outweigh potential risks. Nonetheless, wondering about vaccine safety is perfectly reasonable. Science, medicine and public health need to keep

monitoring the safety of existing products and pushing for even safer products. Products can always get better. Science can always advance. A reasonable amount of skepticism can be healthy.

By contrast, the "anti-vaccine movement" seems to include some organized attempts to present information not necessarily supported by science and convince you to stop vaccinating yourself or your children. As she wrote in *Time* (actually in time for *Time*), Meghan Moran, Ph.D., an associate professor of health, behavior and society at the Johns Hopkins Bloomberg School of Public Health, led a study that analyzed 480 anti-vaccination websites and found many false claims and attempts to discredit the government and medical practitioners. In fact, some websites seem to be masquerading as legitimate vaccine authorities by using titles such as "national" and "information." Do these websites really represent honestly concerned citizens or actually organizations with hidden agendas?

How many chiropractors are behind these efforts? Well, some chiropractors may see potential financial gain if vaccination rates go down. Try doing a web search for "chiropractors" and "vaccination," "infectious disease," "influenza," "measles" and other vaccine-related topics and you'll some interesting claims about how chiropractic techniques can help prevent and treat infectious diseases. For example, in a website from the Chiropractic Leadership Alliance, Dr. Christopher Kent wrote:

> Even more impressive are some of the spectacular results reported by early chiropractors in patients with infectious diseases. One example where chiropractic care provided a beacon of light was the 1917-18 influenza epidemic, which brought death and fear to many Americans... The results were

> spectacular. Rhodes reported that in Davenport, Iowa, medical doctors treated 93,590 patients with 6,116 deaths—a loss of one patient out of every 15. Chiropractors at the Palmer School of Chiropractic adjusted 1,635 cases, with only one death. Outside Davenport, chiropractors in Iowa cared for 4,735 cases with only six deaths—one out of 866.

This statement has about as much science as a Barbie doll. Yes, of course, more people died from the flu under a doctor's care than a chiropractor's care, because most people really sick with the flu probably went to doctor rather than chiropractor. You could probably find similar patient mortality statistics for plumbers or cheese-makers. (If you go to a cheese-maker to get medical treatment, you have more problems than you realize.) Kent went on to make similar claims about smallpox, measles, scarlet fever and gonorrhea. He concluded, "In a world where we are faced with antibiotic-resistant bacteria, and viral diseases where effective treatments are lacking, the role of chiropractic care in allowing for optimum immune system function deserves thorough exploration."



A *USA Today* piece reported that "about 19%" of chiropractors are being vocal about opposing vaccines. The story quoted chiropractor Josh Handt as saying, "[The job of] chiropractic is to allow the body to function optimally without taking anything out or putting anything in," which is a very broad, vague, sweeping claim that essentially says nothing and applies to most health

Chiropractic adjustment such as the one actress Lauren Holly (right) is receiving here can help with... [+]

professionals including doctors, physical therapists and nurse practitioners. No, doctors don't think, "Hmm, what can I remove or put into the patient?"

Certainly, chiropractic techniques have proven to be helpful for certain musculoskeletal conditions. But trying to extend techniques and methods well beyond what they are intended to do is analogous to having a hammer and just trying to find ways to make the hammer seem more useful and thus more sell-able. "Oh, look, the hammer can be used as a spatula. Oh, I can use a hammer to brush my teeth. And who needs toilet paper when you have a hammer?"

Again, not all chiropractors necessarily have that agenda. There are chiropractors who use evidence-based approaches and recognize the strengths and limitations of their techniques. However, you have to wonder about the International Chiropractors Association's motivation behind featuring Wakefield as a speaker, especially without providing a balancing scientific talk. When people are staunchly opposed to vaccines, the medical profession or government agencies, how much of it is true belief and how much is a hidden financial agenda? How's that for a conspiracy theory about conspiracy theorists?

Follow me on *Twitter* or *LinkedIn*. Check out my *website*.



**Bruce Y. Lee**

I am a writer, journalist, professor, systems modeler, computational and digital health expert, avocado-eater, and entrepreneur, not always in that order. Currently, I am... **Read More**

Reprints & Permissions

ADVERTISEMENT