# ICD-10
## MICROMD EMR VERSION 10.0
### UPDATE GUIDE



Exhibit 10



HENRY SCHEIN® MicroMD®

### Clinical Quality Measures

43 Clinical Quality Measures have been updated for Stage 2 to include ICD-10 codes as well as ICD-9 codes. These updates are done behind the scenes in the reference database.

### Form Encounters and the Administrative Form Builder

Users can create forms using the Form Encounter or the Administrative Form Builder to create forms containing ICD-10 codes. The codes will work with checkboxes, options buttons, pick lists and when inserting medical information or assessments with ICD view/print.



Figure 1.34 ICD-9 and ICD-10 codes in the Form Builder

### Drug-to-ICD Warnings

MicroMD has incorporated First DataBank's Medical Lexicon Module, which integrates all existing ICD-10 codes into the EMR, and drug-to-ICD warnings are current with the new code set.

# First Databank (FDB) Empowers Medical Decision-Making

First Databank is the leading provider of drug databases that are integrated into HIT systems. We create innovative solutions to meet clinical and other healthcare business decision support needs. And, we've launched a new database platform to help improve the identification, utilization, and tracking of medical devices.

- Unmatched experience in developing and integrating drug and medical device databases
- Reliable and consistent knowledge that creates customer confidence and trust
- High satisfaction ratings that prove we exceed customer need

## Get the FDB MedKnowledge Brochure

Complete this form to download

| First Name | Last Name | Email Address |

**DOWNLOAD BROCHURE**

## About FDB

First Databank (FDB) is the leading provider of drug and medical device knowledge that helps healthcare professionals make precise decisions. We empower our information system developer partners to deliver valuable, useful, and differentiated solutions used by millions of clinicians, business associates, and patients every day. For more than four decades, our medical knowledge has helped improve patient safety, operational efficiency, and healthcare outcomes. For a complete look at our solutions and services, please visit **www.fdbhealth.com** and follow us on **Twitter**, **LinkedIn**, and **YouTube**.





©2020 First Databank, Inc. Part of the Hearst Health network.

**We respect your rights. Read the FDB Privacy Policy.**

Call 1.800.633.3453