# Copyright | Public Records System

Home / Search Results / Detail Record View

[Search Copyright numbers, Name, Title, and more.] [Search] Advanced Search

## Detail record view
Registration record TX0005256671
Copyright Catalog (1978 to present)

◁ Previous

- **Healing codes for the biological apocalypse /Leonard G. Horowitz and Joseph Puleo.**

### Copyright Data

| | |
|---|---|
| Registration Number / Date | TX0005256671 / 2000-08-09 |

### Title

| | |
|---|---|
| Title | Healing codes for the biological apocalypse /Leonard G. Horowitz and Joseph Puleo. |

### Date

| | |
|---|---|
| Date of Creation | 1999 |
| Date of Publication | 1999-06-15 |

### Concerned Parties

| | |
|---|---|
| Copyright Claimant | Leonard G. Horowitz, 1952- |

### Claim Description

| | |
|---|---|
| Basis of Claim | New Matter: additions. |
| Reproduction Rights Code | N |

### Description

| | |
|---|---|
| Description | 537 p. |
| Imprint | c1999. Sandpoint, ID : Tetrahedron Pub. Group, |

### Notes

| | |
|---|---|
| Catalog of Copyright Entries Part Codes | 1 |
| Monograph Type | A |

### Names

| | |
|---|---|
| Names | Puleo, Joseph |
| | Horowitz, Leonard G., |

EXHIBIT 14