
SUBSCRIBE

SHORT WAVE

# Harvard Professor's Arrest Raises Questions About Scientific Openness

February 19, 2020 · 4:00 AM ET

GEOFF BRUMFIEL



Harvard University professor Charles Lieber leaves the Moakley Federal Courthouse in Boston late last month.

*Charles Krupa/AP*

Until late last month, Charles Lieber lived the quiet life of an elite American scientist. His lab at Harvard University researched things like how to meld tiny electronics with the brain. In his spare time, he grew award-winning pumpkins in front of his house.

**EXHIBIT 19**

n p r   WGCU ⊓⊓⊓   ·   ≗ SIGN IN   ≙ NPR SHOP   ♥ DONATE

⊞ NEWS⊙   ⚡ ARTS & LIFE⊙   ♪ MUSIC⊙   ⌐ SHOWS & PODCASTS⊙   ⚲ SEARCH



SUBSCRIBE

SHORT WAVE

# Harvard Professor's Arrest Raises Questions About Scientific Openness

February 19, 2020 · 4:00 AM ET

GEOFF BRUMFIEL

"This is a big, big case," says Frank Wu, a professor at the University of California Hastings College of the Law who tracks Chinese espionage cases. "This is a case that's all about U.S.-China relations. It's about competition. It's about how science should be done."