

BIG TECH    GREAT RESET    MILITARY    CHINA    GOV & POLICY    TECH

BUSINESS    UFO / UAP    SUBSCRIBE    ABOUT

Home > Military Technology > DARPA to 'e: ⊙ Oct. 30, 2020 at 3:36 pm

**POPULAR   RECENT**

MILITARY TECHNOLOGY    SOCIAL MEDIA

# DARPA to 'exploit social media, messaging & blog data' to track geopolitical influence campaigns

If abused, the data exploitation could end up serving geopolitical influences in its own right: perspective

Tim Hinchliffe   ⊙ 4 months ago   ⊙ no comment   ⬥ darpa ,
geopolitics , military technology , pentagon , perspective ,
social media monitoring



Bette
Anno
Laun
Of
New
Yoga
App,
Addir
To Its
Expar
Portfc
Of
Healtl
And
Fitnes
Apps
⊙ 3
years
ago



From
bad
to
good:
Chan
the
lives
of
the
form
incarc

**EXHIBIT 20**



⚡ **6.35K** VIEWS

f 🐦 G 🅿 in t 🤖 VK ✉

throu
entrep

◉ 3
years
ago



A
$200M
partne
for
the
invoic
finance
indus
in
Latin
Amer

◉ 2
years
ago

The power to monitor, track, and potentially quash online campaigns before they become popular is getting a whole lot easier.

With the goal of detecting geopolitical influence campaigns while they are still evolving, DARPA is looking to exploit data from social media, messaging, online blogs, and digital news sources with a new research program.

And today, the Defense Advanced Research Projects Agency (DARPA) held an invite-only proposers day on Zoom to go over its new INfluence Campaign Awareness and Sensemaking (INCAS) program.



Artific
Intelli
in
Softw
Testin
Interr
annou
new
AI
solutic
for
test
auton
and
next-
gener
digita
exper

◉ 2
years
ago

> "INCAS will exploit primarily publicly-available data sources including multilingual, multi-platform

**TECH AND SOCIETY**

> *social media (e.g. blogs, tweets, messaging), online news sources, and online reference data sources"* — DARPA

The INCAS research program is aimed at detecting, categorizing, and tracking online geopolitical influence campaigns, including those that fly under the radar of most analysts, while simultaneously looking to reduce the influence of cognitive biases, such as confirmation bias, in the process.

To achieve its goals, "INCAS will exploit primarily publicly-available data sources including multilingual, multi-platform social media (e.g. blogs, tweets, messaging), online news sources, and online reference data sources," according to the INCAS special notice.

If ever politicized, this type of DARPA-funded research could end up becoming its own antithesis — a geopolitical influence campaign in its own right.

DARPA has been funding research into monitoring social media and online news sources for a long time now, and big tech companies like Google, Twitter, and Facebook openly embrace this tactic with every type of coordinated inauthentic behavior removal update they give.

Back in 2011, DARPA launched the Social Media in Strategic Communication (SMISC) program *"to help identify misinformation or deception campaigns and counter them with truthful information"* on social media.

Sound familiar with what's happening on social media news feeds today?

E-mail

Firstname

Lastname

SUBSCRIBE



**Are Fully Autonomous Vehicles Fast Approaching?**
In July 2020, speaking via video at the World Artificial Intelligence Conference in Shanghai, Elon Musk stated that[...]


1x  -15s   +15s  

00:00                00:00

Search Episode

> "The INfluence Campaign Awareness and Sensemaking program will develop techniques and tools that enable analysts to detect, characterize, and track geopolitical influence campaigns with quantified confidence" — DARPA

While DARPA serves to advance the capabilities of the US military, the technology developed often has a way of breaking-in to the private sector somewhere down the road.

For example, "DARPA-funded research [...] has led to the development of both military and commercial technologies, such as precision guided missiles, stealth, the internet, and personal electronics," according to a March 17, 2020 Congressional Research Service Overview report.



### Sidebar

Are Fully Autonomous Vehicles Fast Approaching?
MARCH 2, 2021
• Sam Brake Guia

The Silk Road (Psychology After Dark)
FEBRUARY 23, 2021
• Sam Brake Guia

How To Unlock Your Creativity With Fun-Based Neuroscience Techniques
FEBRUARY 16, 2021
• Sam Brake Guia

How To Retain More Information, Improve Recall & Learn A New Language
FEBRUARY 9, 2021
• Sam Brake Guia

Bitcoin FOMO: How Our Psychology Drives The Price Of Bitcoin
FEBRUARY 2, 2021
• Sam Brake Guia

Changing The 'Chatter' Of Our Inner Voice From Destructive To

*Curtis Hougland*

Recently, it was reported that DARPA-incubated tech — which was originally developed for combating ISIS propaganda — was overtly politicized by a Political Action Committee (PAC) founded by an ex-DARPA contractor to target and monitor the president of the United States, although DARPA said the claim was misleading.

Back in May, the *Washington Post* reported that the Defeat Disinfo PAC, founded by Curtis Hougland, was "using open-source technology initially incubated with funding from DARPA," and that it was "in service of a domestic political goal — to combat online efforts to promote President Trump's handling of the coronavirus pandemic."

Following publication of *Washington Post* story that was later picked up by *FOX News*, DARPA issued a statement on Twitter saying that "Hougland's claim DARPA funded the tech at the heart of his political work is grossly misleading," and that the agency was "apolitical."

---

Productive
JANUARY 26, 2021
• Sam Brake Guia

Social Media and our Psychology (Don't Worry, We'll Talk It Out)
JANUARY 19, 2021
• Sam Brake Guia

Brain Plasticity: How Technology, Environments, and Language Change Our Brains
JANUARY 12, 2021
• Sam Brake Guia

Software That Predicts Employee Burnout Through Language
JANUARY 5, 2021
• Sam Brake Guia

Brains Byte Back: The Best of 2020
DECEMBER 29, 2020
• Sam Brake Guia

**LOAD MORE**

> **Gregg Re** @gregg_re · May 4, 2020
> Dems deploying DARPA-funded information warfare AI-driven tool to target pro-Trump accounts fxn.ws/2z3bpdN #FoxNews
>
> **Dems deploying DARPA-funded AI-d...**
> An anti-Trump Democratic-aligned political action committee advised by...
> 🔗 foxnews.com
>
> **DARPA** ✓
> @DARPA
>
> Hougland's claim DARPA funded the tech at the heart of his political work is grossly misleading. He advised briefly on ways to counter ISIS online. He was not consulted to design AI or analysis tools, nor certainly anything remotely political. DARPA is strictly apolitical.
>
> 1:25 PM · May 4, 2020                                    ⓘ
>
> ♡ 46      💬 75      🔗 Copy link to Tweet

**Additionally, a DARPA** spokesperson told *FOX News*, "Unequivocally, DARPA funding did not help advance the technology with which Hougland now works any more than does his use of other agency technologies like the internet or mobile phone."

The narrative remains; however, that "Hougland had received funding from DARPA [...] to assist in the

propaganda fight against ISIS, which had developed a small but sophisticated content machine that exploited social networks to amplify its vision," according to *Vanity Fair*.

Hougland would later found an AI startup called Main Street One, along with a Political Action Committee that leveraged his own startup's technology in a way that appears to be very similar to what he allegedly saw at DARPA.

His startup, Main Street One, aims "to win narratives online for campaigns, causes, and companies," according to a section of its mission statement.

> "INCAS is not specifically focused on detecting misinformation or bot activity" — DARPA

Now, DARPA is set to launch the INCAS program, which "will develop techniques and tools that enable analysts to detect, characterize, and track geopolitical influence campaigns with quantified confidence" using automated influence detection across social media, digital media, and other online data sources.

If DARPA's INCAS program is successful in achieving its goals, the technology it develops would have the power to detect influence campaigns that are often overlooked by analysts because they get so little traffic.

DARPA says that these "'low and slow' campaigns are hard to detect early as their message volume may be beneath platform trending thresholds."

The research program "is *not* specifically focused on detecting misinformation or bot activity, as influence

campaigns may exploit a variety of tactics and true information, but should be able to exploit such signals from extant capabilities to aid in detecting influence messaging," according to the special notice.

Theoretically, DARPA's INCAS program could create technology that would allow analysts to detect and take action against online movements before they get a chance to grow.

Whether online campaigns be nefarious or benign, the power to monitor, track, and quash them before they gain popularity is getting a whole lot easier.

## Facebook's Portal born out of Pentagon-inspired Building 8



Facebook has a new hardware product called Portal, a video sharing device which has Amazon's voice assistant Alexa built-in, and it is the first physical product released from Building 8. The breach of 50 million Facebook user accounts and a loss of $11 billion didn't stop Facebook CEO Mark Zuckerberg from today launching the presale ... Continue reading



## DARPA looks to predict future real-world events with AI

DARPA is looking for AI projects that can understand what's going on in the world and then use that understanding to predict the future. The Defense Advanced Research Projects Agency (DARPA) seeks to create a schema-based AI capability to enable contextual and temporal reasoning about complex real-world events in order to generate actionable understanding of these events ... Continue reading

 The Sociable                                    0



## CIA 'Siren Servers' can predict social uprisings 3-5 days in advance

The CIA claims to be able to predict social unrest days before it happens thanks to powerful super computers dubbed Siren Servers by the father of Virtual Reality, Jaron Lanier. CIA Deputy Director for Digital Innovation Andrew Hallman announced that the agency has beefed-up its "anticipatory intelligence" through the use of deep learning and machine ... Continue reading

 The Sociable                                48



## Govt Geopolitical Forecasting Challenge offers $250K to predict the future

How many missile test events will North Korea conduct in August 2019? Will there be a locally-transmitted case of the Zika virus in Brazil in July 2019? These are just a couple of the hundreds of sample questions that the Intelligence Advanced Research Projects Activity (IARPA) has for its Geopolitical Forecasting Challenge (GFC) 2. "Who controls ... Continue reading

 The Sociable         2



### Intel agency awards contract to company that harvests social media text, data

IARPA awards a research contract for extracting data from text to Raytheon BBN, which harvests the text of social media postings and other data. "An opportunity to develop better methods to extract complex semantic information from documents" The Intelligence Advanced Research Projects Activity (IARPA) has awarded contracts for its Better Extraction from Text Towards Enhanced Retrieval ... Continue reading

 The Sociable                                    0

Tags :    darpa       geopolitics       military technology
          pentagon    perspective       social media monitoring

f  SHARE ON FACEBOOK

🐦 SHARE ON TWITTER

ADD A COMMENT



### Tim Hinchliffe

Tim Hinchliffe is the editor of The Sociable. His passions include writing about how technology impacts society and the parallels between Artificial Intelligence and Mythology. Previously, he was a reporter for the Ghanaian Chronicle in West Africa and an editor at Colombia Reports in South America. tim@sociable.co

VIEW ALL POSTS     

‹ Human API raises $20M so you can share your health data with institutions you trust, spurring innovation

'Twitter is sabotaging public discourse regarding important national and homeland security issues': DHS acting secretary ›

### YOU MIGHT ALSO LIKE



Major airlines looking to 'make digital health passports workable & easy on passengers': A4A president testifies

Tim Hinchliffe  4 days ago



GOVERNMENT AND POLICY

'We need to build missiles the way we now build cars': Eric Schmidt tells lawmakers

Tim Hinchliffe  2 weeks ago



MILITARY TECHNOLOGY

China covets ethnically-diverse American health data to feed its algorithms for economic & geopolitical clout

Tim Hinchliffe  2 weeks ago



GOVERNMENT AND POLICY
TECHNOLOGY

Prepping for a cyber pandemic: Cyber Polygon 2021 to stage supply chain attack simulation

Tim Hinchliffe  4 weeks ago



MILITARY TECHNOLOGY

DARPA wants to improve portable ultrasound devices for direct use on the battlefield

Tim Hinchliffe  1 month ago

GOVERNMENT AND POLICY

Globalists embrace leveraging social media, location & behavioral data for alternative credit scoring

Tim Hinchliffe  2 months ago



**POPULAR POSTS**



BetterMe Announces Launch Of New Yoga App, Adding To Its Expanding Portfolio Of Health And Fitness Apps

⊙ 3 years ago



From bad to good: Changing the lives of the formerly incarcerated through entrepreneu

⊙ 3 years ago



A $200M partnership for the invoice financing industry in Latin America

⊙ 2 years ago

**RECENT POSTS**

Major Airlines Looking To 'Make Digital Health Passports Workable & Easy On Passengers': A4A President Testifies March 4, 2021

CORO Gold Payment App Now Fully Operational In Over Half Of U.S. States: Democratizing Access To Sound Money Amid Economic Uncertainty March 2, 2021

ESPACIO

Work with Us

Jobs @ Espacio Media Incubator

2018 Espacio Media Incubator, All Rights Reserved

 

Copyright © 2017