

**HENRY SCHEIN**

# Henry Schein Named to Fortune® Magazine's 'Change the World' List

## Company Recognized for Its Role as Co-Founder and Private Sector Lead of the Pandemic Supply Chain Network

**EXHIBIT 21**



https://fortune.com/change-the-world/2020/search/ (Graphic: Business Wire)

September 21, 2020 08:05 AM Eastern Daylight Time

MELVILLE, N.Y.--(BUSINESS WIRE)--Henry Schein, Inc. (Nasdaq: HSIC) announced today that it has been named to FORTUNE® magazine's "Change the World" list, an annual ranking of companies that have had a positive social impact through activities that are part of their core business strategy. Henry Schein was recognized for its role in helping to create the Pandemic Supply Chain Network (PSCN), a public-private partnership aimed at saving lives by strengthening the resilience of the global health supply chain in response to pandemics. Henry Schein serves as the PSCN's private sector lead.

The PSCN, co-founded by Henry Schein, is a public-private initiative that brings together the private sector and global organizations – including the World Health Organization, World Economic Forum, the United Nations World Food Programme, the World Bank, the U.S. Centers for Disease Control, UNICEF, and approximately 60 health care manufacturers and suppliers – to embrace a common commitment to a cause. Since the PSCN's inception, Henry Schein, as private sector lead, has worked intensively to develop a platform for data sharing, market visibility, and operational coordination for health care products to more effectively match global demand with global supply.

The trust-based relationships built between sectors through the PSCN has been crucial in enabling the sharing of information and facilitating the ability of key stakeholders to navigate together the supply chain challenges caused by global pandemics.

"Henry Schein is driven by a sense of purpose and mission, and we are honored to be named to FORTUNE® magazine's 'Change the World' list for our enduring commitment to these values," said Stanley M. Bergman, Chairman of the Board and Chief Executive Officer of Henry Schein. "Since our founding in 1932, Henry Schein has been guided by the belief that we can align our strengths as a business with the needs of society to make a positive difference. Through the Pandemic Supply Chain Network, we have had the opportunity to work with leaders from all sectors of society to help create a safer world through more effective pandemic preparedness and response."

Since the onset of the COVID-19 pandemic in late 2019, the PSCN has taken an active role in developing critical tools to strengthen the supply chain, including advocacy, procurement, and product recommendations. Henry Schein's long-term leadership in the PSCN enabled the Company to deploy insights in response to the COVID-19 pandemic, specifically advocating for and disseminating guidelines for proper usage of personal protective equipment (PPE) to promoting the judicious use of PPE. The Company's collaboration with its PSCN partners reinforces Henry Schein's commitment to public-private partnerships as a means of addressing complex societal issues.

FORTUNE® magazine's "Change the World" list celebrates companies and leaders that embrace corporate purpose and recognize how it can add value to business and society. FORTUNE® evaluates the companies by measurable social impact, business results, degree of innovation, and corporate integration. To view the entire list, please visit: https://fortune.com/change-the-world/.

**About Henry Schein, Inc.**

Henry Schein, Inc. (Nasdaq: HSIC) is a solutions company for health care professionals powered by a network of people and technology. With approximately 19,000 Team Schein Members worldwide, the Company's network of trusted advisors provides more than 1 million customers globally with more than 300 valued solutions that improve operational success and clinical outcomes. Our Business, Clinical, Technology, and Supply Chain solutions help office-based dental and medical practitioners work more efficiently so they can provide quality care more effectively. These solutions also support dental laboratories, government and institutional health care clinics, as well as other alternate care sites.

Henry Schein operates through a centralized and automated distribution network, with a selection of more than 120,000 branded products and Henry Schein private-brand products in stock, as well as more than 180,000 additional products available as special-order items.

A FORTUNE 500 Company and a member of the S&P 500® index, Henry Schein is headquartered in Melville, N.Y., and has operations or affiliates in 31 countries. The Company's sales from continuing operations reached $10.0 billion in 2019, and have grown at a compound annual rate of approximately 13 percent since Henry Schein became a public company in 1995.

For more information, visit Henry Schein at www.henryschein.com, Facebook.com/HenrySchein, and @HenrySchein on Twitter.

Cookies Settings

Accept All Cookies

## Contacts

Ann Marie Gothard, Vice President, Corporate Media Relations,
<u>Annmarie.gothard@henryschein.com</u>, (631) 390-8169

By clicking "Accept All Cookies", you agree to the storing of cookies on your device to enhance site navigation, analyze site usage, and assist in our marketing efforts. **<u>Cookie Policy (https://services.businesswire.com/cookie-policy)</u>**