# EXHIBITS 1-22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

LEONARD G. HOROWITZ,
Plaintiff,

vs.                                        Case No. 2:20-cv-00955-JLB-NPM

PFIZER INC., et al.,
Defendants.
_____/

## EXHIBITS LIST FOR PLAINTIFF'S OPPOSITION TO
## DEFENDANT MODERNA's MOTION TO DISMISS

**EXHIBIT 1** –DARPA's public notice of Moderna Therapeutics investigation of "alleged failure to disclose DARPA funding support in its patented inventions," dated September 18, 2020; with attached corroborating news article.

**EXHIBIT 2** –DARPA press release evidencing federal financing of bioelectronic hydrogels in health science, including mmRNA vaccine developments by Moderna and Pfizer, published Feb. 6, 2019.

**EXHIBIT 3** –US Federal contracts awarded to Hearst's First Databank, Inc.; and Department of Defense financing of parent Defendant Hearst Corporation for developing "MedKnowledge"—live (in vivo) data mining, data analysis, and drug prescriptions based on emerging field of nano-bioelectronics.

**EXHIBIT 4** –Federal Trade Commission (FTC) injunction updated December 14, 2001 against Hearst Trust, The Hearst Corporation, and First DataBank, Inc. for concealing federal funding upon premerger notification that "consummated a merger that monopolized the integrated drug information database market" instantly disgorging $19 million in profits.

**EXHIBIT 5** –Memorandum and Order Approving Class Settlement in New England Carpenters Health Benefits Fund, et. al. v. [Hearst]First Databank, Inc and McKesson Corp. Doc. 810, filed 08/03/09 in case 1:05-cv-11148-PBS (US District, Massachusetts).

**EXHIBIT 6** –McKesson Fills Initial Government Orders for Moderna's COVID-19 Vaccine. McKesson press release, Dec. 20, 2020.

**EXHIBIT 7** –Lawrence S. VA contracts with DARPA-backed startup for real-time behavioral analytics, mental health app. *Fierce Biotech*. Dec. 16, 2015.

**EXHIBIT 8** –Ohm Y, et. al. An electrically conductive silver-polyacrylamide-alginate hydrogel composite for soft electronics. *Nature Electronics* 4: March 2021, 185-192.

**EXHIBIT 9** –Harvard-led group, Korevaar, et. al. Non-equilibrium signal integration in hydrogels. *Nature Communications*, March 2020. (Explains similar nano-bioelectric functionality between hydrogels and OxySilver™ with 528 frequency.)

**EXHIBIT 10** –Harvard bioelectronics expert, Dr. Charles Lieber, identified by his protégé,  Dr. Jiang, "with a focus on the design and application of nanoscale materials and nanoelectronic devices." Dated Nov. 15, 2019.

**EXHIBIT 11** –Moderna Company History Timeline supplemented by science paper from *Nature*, identifying "Robert Langer, an MIT professor, Moderna board member, and founder of dozens of biotech companies" is evidenced co-authoring a "nanoelectonic" science article with Harvard's DOJ-indicted chemistry professor, Charles Lieber.

**EXHIBIT 12** –Plaintiff's Copyright on *Healing Codes for the Biological Apocalypse*, August 9, 2000; Registration No. TX0005256671.

**EXHIBIT 13**–United Nations World Food Program article heralding Henry Schein's key activity in "Innovative Supply Chain Information Platform [to] Help Prepare for the Next Pandemic." News Release, March 28, 2021.

**EXHIBIT 14**–Press Release by Profusa, Inc. Profusa and partners receive DARPA award to speed detection of disease outbreaks. Aug. 8, 2019.

**EXHIBIT 15** –*U.S. v Charles Lieber*, sealed Criminal Complaint by Affidavit of Robert Plumb, FBI Special Agent. Case No. 20-mj-2158-MBB; filed January 27, 2020, concealing bioelectric hydrogel nano-silver/water neuroscience technology transferred to China's Wuhan Lab officials.

**EXHIBIT 16** –Tian B and Lieber CM. Synthetic nanoelectronic probes for biological cells and tissue. *Annu Rev Anal Chem* (Palo Alto Calif.) 2013; 6:31-51.

**EXHIBIT 17** – Brumfiel G. Harvard Professor's Arrest Raises Questions About Scientific Openness. *NPR*, February 19, 2020.

**EXHIBIT 18** – National Biodefense Strategy Act of 2016; S.2967. Committee on Homeland Security and Governmental Affairs. Ordered to be reported with amendments favorably. 05/25/2016.

**EXHIBIT 19** – Dias E and Graham R. White evangelical resistance is obstacle in vaccination effort. *New York Times*, April 6, 2021.

**EXHIBIT 20** – Hinchliffe T. DARPA to 'exploit social media, messaging and blog data' to track geopolitical influence campaigns. *The Sociable*, Oct. 30, 2020.

**EXHIBIT 21** – Jenkins A. DARPA's Autonomous Diagnostics to Enable Prevention and Therapeutics (ADEPT). Not dated. Available at https://www.darpa.mil/program/autonomous-diagnostics-to-enable-prevention-and-therapeutics

**EXHIBIT 22** –MIT Media Labs. Nano-implants for energy harvesting and wireless sensing. Available online at: https://www.media.mit.edu/projects/wireless-sensing/overview/.



**DEFENSE ADVANCED RESEARCH PROJECTS AGENCY**
675 NORTH RANDOLPH STREET
ARLINGTON, VA 22203-2114

September 18, 2020

**Via Electronic Mail**

James Love
Knowledge Ecology International
1621 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20009

Dear Mr. Love:

I am responding to your letter of August 27, 2020, to Dr. Amy Jenkins at the Defense Advanced Research Projects Agency (DARPA) requesting the Department of Defense investigate Moderna Therapeutics' (Moderna) alleged failure to disclose DARPA funding support in its patented inventions. DARPA is reviewing agreements it has awarded to Moderna and U.S. patents and published patent applications for Moderna and ModernaTx, since March 2013.

Thank you for bringing this matter to our attention. Should you have any questions, please contact DARPA Deputy General Counsel, Geraldine Chanel, at 571-218-4609 or geraldine.chanel@darpa.mil.

Sincerely,

D. Peter Donaghue
Contracting Officer-Division Director
Contracts Management Office

Exhibit 1



# How the U.S. government bolstered Moderna's COVID-19 vaccine candidate

**By Brian Buntz | November 23, 2020**

Until recently, the most rapidly developed vaccine was for mumps, which took four years. Now, Pfizer (NYSE:PFE) and Moderna (NSDQ:MRNA) appear to be on the cusp of commercializing COVID-19 vaccines under emergency use authorization.

It was only a year ago that physicians in China identified unusual pneumonia cases that would later be associated with the novel coronavirus.



*[Image courtesy of Wikipedia]*

As impressive as the rapid pace of COVID-19 vaccine development has been, researchers have drawn on foundational work that stretches back almost two decades, said Barry Bloom, a research professor at Harvard University, in the recent webinar titled the "Race for the COVID-19 Vaccine: Latest Updates."

And the Moderna vaccine candidate, in particular, has benefited from U.S. government support.

## A marathon as well as a sprint

The race to develop COVID vaccines has roots stretching back to the terrorist attacks on September 11 and the anthrax attacks that followed in the subsequent weeks. The events led the National Academy of Sciences to convene a set of committees to examine the twin threats of terrorism and pandemics. The committees "concluded that we were enormously vulnerable and we had to do a lot of different things [to] protect the country," said Bloom, who co-chaired a bioterrorism panel for the National Academy of Sciences at the time.

In 2002, severe acute respiratory syndrome (SARS) first appeared in China and took hold internationally within months. Effective public health interventions prevented SARS from becoming a pandemic.



The pandemic plan stressed the importance of antiviral drugs and vaccines. "It is a wonderful plan," Bloom noted. But before COVID-19 hit, the report had "disappeared in a drawer somewhere in Washington," he added.

But the U.S. government's focus on vaccines to combat pandemics likely played a role in spurring further research into novel vaccine platforms.

## DARPA and BARDA make vaccine investments

Government agencies such as the Defense Advanced Research Projects Agency (DARPA) and the Biomedical Advanced Research and Development Authority (BARDA) would play a role in vaccine development. DARPA "invests in very long term science and technology [projects] that will pay off in 20 years," Bloom said.

The National Institute of Allergy and Infectious Diseases (NIAID) developed a stabilized SARS-CoV-2 spike immunogen (S-2P) that Moderna would later use in its messenger RNA platform.

DARPA was instrumental in the development of RNA vaccines and provided $25 million in financial support to Moderna in 2013 to pursue messenger RNA–based antibody drugs and vaccines. DARPA announced it was committing up to $56 million in additional funding to Moderna this October.

BARDA has committed another roughly $955 million to Moderna.

In all, the U.S. government vaccine contract with Moderna is worth roughly $1.5 billion. BARDA has also invested in producers of other COVID-19 vaccines.

BARDA was also instrumental in resetting researchers' expectations for vaccine development, Bloom said. The organization set a goal of developing a vaccine 60 days after determining a pathogen's DNA sequence. Moderna had a vaccine candidate 66 days after scientists identified its genetic sequence. "And that is a reflection of tremendous foresight by these technical agencies," Bloom said. By identifying promising research and identifying companies to advance it, the government agencies have played a role in engineering COVID-19 vaccines. But the platform approach could also help fight future pandemics, given its ability to allow researchers to tweak antigens and genes to target a new pathogen.

The U.S. government's support of the vaccine platform led to investigations into its use to treat infections from Middle East Respiratory Syndrome (MERS), influenza, Zika and HIV. "We had a background on these

Defense Advanced Research Projects Agency     Intelligent Healing for Complex Wounds

# Intelligent Healing for Complex Wounds

*A bioelectronic interface could speed the body's natural healing processes to deliver faster recovery from wounds with fewer complications*

**OUTREACH@DARPA.MIL**
**2/6/2019**



Blast injuries, burns, and other wounds experienced by warfighters often catastrophically damage their bones, skin, and nerves, resulting in months to years of recovery for the most severe injuries and often returning imperfect results. This long and limited healing process means prolonged pain and hardship for the patient, and a drop in readiness for the military. However, DARPA believes that recent advances in biosensors, actuators, and artificial intelligence could be extended and integrated to dramatically improve tissue regeneration. To achieve this, the new Bioelectronics for Tissue Regeneration (BETR) program asks researchers to develop bioelectronics that closely track the progress of the wound and then stimulate healing processes in real time to optimize tissue repair and regeneration.

Exhibit 2

Exhibits p. 4

Paul Sheehan, the BETR program manager, described his vision for the technology as "not just personalized medicine, but dynamic, adaptive, and precise human therapies" that adjust to the wound state moment by moment to provide greater resilience to wounded warfighters.

"Wounds are living environments and the conditions change quickly as cells and tissues communicate and attempt to repair," Sheehan said. "An ideal treatment would sense, process, and respond to these changes in the wound state and intervene to correct and speed recovery. For example, we anticipate interventions that modulate immune response, recruit necessary cell types to the wound, or direct how stem cells differentiate to expedite healing."

The envisioned BETR technology would represent a sharp break from traditional wound treatments, and even from other emerging technologies to facilitate recovery, most of which are passive in nature.

Under current medical practice, physicians provide the conditions and time for the body to either heal itself when tissues have regenerative capacity or to accept and heal around direct transplants. Most people are familiar with interventions that include casts to stabilize broken bones or transplants of healthy ligaments or organs from donors to replace tissues that do not regenerate.

Passive approaches often result in slow healing, incomplete healing with scarring, or, in some unfortunate cases, no healing at all. Blast injuries in particular seem to scramble the healing processes; 23 percent of them will not fully close. Moreover, research shows that in nearly two thirds of military trauma cases — a rate far higher than with civilian trauma injuries — these patients suffer abnormal bone growth in their soft tissue due to a condition known as heterotopic ossification, a painful experience that can greatly limit future mobility.

Although recent experimental treatments offer some hope for expedited recovery, many of these new approaches remain static in nature. For instance, some "smart" bandages emit a continuous weak electric field or locally deliver drugs. Alternatively, hydrogel scaffolds laced with a drug can recruit stem cells, while decellularized tissue re-seeded with donor cells from the patient help avoid rejection by the host's immune system. These newer approaches may indeed encourage growth of otherwise non-regenerative tissue, but because they do not adapt to the changing state of a wound, their impact is limited.

"To understand the importance of adaptive treatments that respond to the wound state, consider the case of antibiotic ointments," Sheehan explained. "People use antibiotics to treat simple cuts, and they help if the wound is infected. However, completely wiping out the natural microbiota can impair healing. Thus, without feedback, antibiotics can become counterproductive."

Recent technologies have begun to close the loop between sensing and intervention, looking for signs of infection such as changes in pH level or temperature to trigger treatment. To date, however, these systems have been limited to monitoring changes induced by bacteria. For BETR, DARPA intends to use any available signal, be it optical, biochemical, bioelectronic, or mechanical, to directly monitor the body's physiological processes and then to stimulate them to bring them under control, thereby speeding healing or avoiding scarring or other forms of abnormal healing.

By the conclusion of the four-year BETR program, DARPA expects researchers to demonstrate a closed-loop, adaptive system that includes sensors to assess wound state and track the body's complex

responses to interventions; biological actuators that transmit appropriate biochemical and biophysical signals precisely over space and time to influence healing; and adaptive learning approaches to process data, build models, and determine interventions. To succeed, the BETR system must yield faster healing of recalcitrant wounds, superior scar-free healing, and/or the ability to redirect abnormally healing wounds toward a more salutary pathway.

DARPA anticipates that successful teams will include expertise in bioelectronics, artificial intelligence, biosensors, tissue engineering, and cellular regeneration. Further, DARPA encourages proposals that address healing following osseointegration surgery, which is often necessary to support the use of advanced prosthetics by wounded warfighters.

DARPA will host a Proposers Day on March 1, 2019 in Arlington, Virginia, to provide more information to researchers interested in submitting a proposal for funding. Additional information is available at https://go.usa.gov/xENCQ. A forthcoming Broad Agency Announcement, to be posted to the Federal Business Opportunities website, will include full details of the program.

## TAGS

I Artificial Intelligence  I  Health  I  Injury  I  Med-Devices  I  Sensors  I

## SIMILARLY  TAGGED  CONTENT

New Generation of Intelligent Bio-Interfaces Could Overcome Aspects of Spinal Cord Injury
Bioelectronics for Tissue Regeneration
Biological Technologies
Detect It with Gene Editing Technologies (DIGET) Proposers Day
Gene Editors Could Find New Use as Rapid Detectors of Pathogenic Threats

## IMAGES



BETR program

# US Federal contracts awarded to First Databank, Inc. in United States Of America

Search 21 federal contracts awarded to First Databank, Inc. in United States Of America since fiscal year 2015.

🏛 Company Profile

| | |
|---|---|
| **Company name** | First Databank, Inc. |
| **D-U-N-S number** | 084259696 |
| **Address** | 500 E. 96th Street, Ste 500, Indianapolis, IN, 46240, United States Of America |
| **Phone #** | (317) 571-7200 |
| **Fax #** | (317) 571-7253 |
| **Number of employees** | 17,000 |
| **Annual revenue** | $250,000,000 |
| **Organizational type** | CORPORATE NOT TAX EXEMPT |
| **Alternate name** | FIRST DATA BANK |
| **Legal organization name** | FIRST DATABANK, INC. |
| **Parent Company** | THE HEARST CORPORATION |
| **Parent D-U-N-S number** | 001527241 |
| **Registration date** | 2001-11-14 |

| Contract Description and awarding agency | Amount |
|---|---|
| "Option Period Two For Software License Renewal For Drug Database And Decision Support Tools For Va Pharmacy Reengineering Project. Period Of Performance Shall Be From January 18, 2016 Through January 17, 2017." awarded by Department Of Veterans Affairs on 2016-01-15 | $3,471,431 |
| "Software License Renewal For Drug Database And Decision Support Tools For Va Pharmacy Reengineering Project. Option Period One To Support Indian Health Services." awarded by Department Of Veterans Affairs on 2015-01-15 | $3,387,091 |
| "Pharmacy Drug Database Updates" awarded by Department Of Health And Human Services on 2015-09-29 | $716,081 |
| "Pharmacy Drug Database Updates" awarded by Department Of Health And Human Services on 2016-09-22 | $358,040 |
| "First Databank Medknowledge-opt 1" awarded by Department Of Defense on 2015-09-15 | $31,200 |
| "Medknowledge National Drug Data File-descriptive Data Package" awarded by Department Of Defense on 2016-03-31 | $18,771 |
| "Medknowledge" awarded by Department Of Defense on 2015-01-09 | $18,323 |
| "Licening Fees" awarded by Department Of Veterans Affairs on 2016-05-27 | $13,200 |
| "Knee Replacement" awarded by Department Of Veterans Affairs on 2016-08-13 | $12,802 |
| "First Databank Subscription" awarded by Office Of Personnel Management on 2016-06-21 | $10,873 |
| "Information Technology Software" awarded by Department Of Health And Human Services on 2015-10-23 | $9,278 |
| "Renewal Of License Agreement (acct#538218) (osppc/orm)" awarded by Department Of Health And Human Services on 2016-05-09 | $8,951 |
| "First Databank, Inc. Database Access For National Drug Codes For Nimh" awarded by Department Of Health And Human Services on 2015-09-16 | $5,822 |
| "Patient Solution" awarded by Department Of Defense on 2016-04-01 | $3,588 |
| "Patient Education Module" awarded by Department Of Defense on 2015-03-26 | $3,500 |
| "First Databank Medknowledge Software License" awarded by Department Of Defense on 2015-03-19 | $0 |
| "Patient Education Module" awarded by Department Of Defense on 2015-10-27 | $0 |
| "Medknowledge" awarded by Department Of Defense on 2016-04-19 | $0 |
| "Renewal Of License Agreement (acct#538218) (osppc/orm)" awarded by Department Of Health And Human Services on 2016-06-01 | $0 |
| "First Databank Medknowledge" awarded by Department Of Defense on 2015-04-01 | $-12,733 |
| "First Databank Medknowledge" awarded by Department Of Defense on 2015-03-19 | $-15,280 |

Exhibits p. 7


Exhibit 3

**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS



# Hearst Corp. To Disgorge $19 Million and Divest Business to Facts and Comparisons to Settle FTC Complaint

December 14, 2001

FOR RELEASE

**TAGS:** Health Care

The Federal Trade Commission today announced a proposed settlement with Hearst Corporation (Hearst) that would resolve charges that Hearst unlawfully acquired J.B. Laughery, Inc., which included the Medi-Span integratable drug information database business. Under the terms of the settlement, Hearst will divest the former Medi-Span business and pay $19 million as disgorgement of unlawful profits. The settlement will be presented to the federal district court for entry of a final judgment.

The settlement marks the first time the Commission has sought either divestiture or disgorgement of profits in a federal court action for a consummated merger. The Commission alleged that the merger violated Section 7A of the Clayton Act, Section 7 of the Clayton Act, and Section 5 of the FTC Act.

The Commission alleged that Hearst violated Section 7A of the Clayton Act when, in its requisite pre-merger filing with the antitrust agencies, it illegally omitted several high-level corporate documents prepared to evaluate the Medi-Span acquisition and its competitive effects. Hearst was required to provide those documents to the antitrust agencies to help them determine whether a full pre-merger antitrust review of the acquisition was necessary; its failure to submit those documents hindered the ability of the Commission to analyze the competitive effects of the acquisition prior to consummation. In its complaint, the Commission further alleged that this transaction substantially lessened competition in the integrated drug information database market, in violation of Section 7 of the Clayton Act and Section 5 of the FTC Act. The allegations are contained in the Commission's April 5, 2001, complaint. (*See* news release dated April 5, 2001; *Federal Trade Commission v. The Hearst Trust et al.*, Civil Action No. 1:01CV00734 (D.D.C) J. Jackson.)

Hearst will divest the Medi-Span business to Facts and Comparisons, a St. Louis based business unit owned by Wolters Kluwer, n.v., through its American subsidiary, Lippincott Williams & Wilkins, Inc., a Delaware corporation. Facts and Comparisons produces widely used print, Internet and CD ROM materials concerning pharmaceuticals. These publications are used as more in-depth reference materials by many of the customers of the integrated databases.

The integratable drug information database, formerly owned and maintained by Medi-Span, is one of the two databases that pharmacies, hospitals, doctors, third-party payers, and patients rely on to obtain information about drug prices, drug effects, drug interactions and the eligibility for drugs under various payment plans. The only other commonly used database is owned by Hearst's subsidiary, First DataBank. As a result, the January 1998 acquisition of Medi-Span by Hearst created a monopoly in the sale of integratable drug information databases. First DataBank used that monopoly power to substantially increase prices to all database customers.

The order also provides direct relief for those customers who were forced to pay monopoly prices for the database products. It requires Hearst to disgorge $19 million of profits obtained as a result of its unlawful acquisition of Medi-Span. According to a plan approved by the FTC, these funds will be distributed to injured customers as part of the settlement of a private class action suit alleging unlawful overcharges by Hearst.

The Hearst Corporation and The Hearst Trust are headquartered in New York City, and First DataBank, Inc. is headquartered in San Bruno, California. Facts and Comparisons, headquartered in St. Louis, Missouri, is an unincorporated division of Lippincott Williams & Wilkins, Inc., which is a Delaware corporation and subsidiary of Wolters Kluwer, n.v., a Dutch corporation.

The Commission vote to approve the settlement and direct staff to move entry of the final judgment before the Federal District Court was 5-0, with Commissioners Sheila Anthony and Mozelle Thompson issuing a joint separate statement, Commissioner Orson Swindle issuing a separate statement, and Commissioner Thomas B. Leary issuing a separate statement concurring in part and dissenting in part. Each is available on the FTC's Web site and is summarized below. The judgment will not become final until it is signed and entered by the District Judge.

The statement by Commissioners Anthony and Thompson noted that, while "the Commission should seek disgorgement as a remedy in competition cases only in exceptional circumstances . . . Hearst's conduct was sufficiently egregious to justify the extraordinary remedy of disgorgement" in this case. Anthony and Thompson said that "absent disgorgement, the divestiture of the Medi-Span assets alone might have allowed Hearst to profit from its unlawful behavior. Such a result would be untenable, not only because it would be insufficient to restore the competitive status quo, but also because it would deny a remedy to injured customers."

Exhibits p. 8

# FEDERAL TRADE COMMISSION
## PROTECTING AMERICA'S CONSUMERS

Contact | Stay Connected | Privacy Policy | FTC en español

Search

ABOUT THE FTC   NEWS & EVENTS   ENFORCEMENT   POLICY   TIPS & ADVICE   I WOULD LIKE TO...

Home » Enforcement » Cases and Proceedings » Hearst Trust, The, The Hearst Corporation, and First DataBank, Inc.

# Hearst Trust, The, The Hearst Corporation, and First DataBank, Inc.

**TAGS:** Health Care | Prescription Drugs | Hart-Scott-Rodino Act (HSR) | Competition | Merger

**LAST UPDATED:** DECEMBER 14, 2001

FTC v. The Hearst Trust, The Hearst Corporation, and First DataBank, Inc.

**FTC MATTER/FILE NUMBER:** 9910323a

**CIVIL ACTION NUMBER:** 101CV00734

**ENFORCEMENT TYPE:** Federal Injunctions

## CASE SUMMARY

The Commission negotiated an agreement with The Hearst Corporation (Hearst) to settle a permanent injunction action filed by the FTC alleging that Hearst failed to provide documents required by premerger notification law and then consummated a merger that monopolized the integrated drug information database market. Under the terms of the order, Hearst divested the Medi-Span business to Lippincott Williams & Wilkins, Inc. , a subsidiary of Wolters Kluwer, n.v., disgorged $19 million in profits, and to complied with certain other obligations.

## CASE TIMELINE

### December 14, 2001

- Stipulation For Entry of Final Order and Stipulated Permanent Injunction (8.59 KB)
- Final Order and Stipulated Permanent Injunction (60.15 KB)
- Exhibit F: Monitor Agreement Between Defendants And Richard Shermer (Dated November 2, 2001) (351.32 KB)
- Statement of Commissioners Sheila F. Anthony and Mozelle W. Thompson (4.67 KB)
- Statement of Commissioner Orson Swindle (4.13 KB)
- Statement of Commissioner Thomas B. Leary Concurring in Part and Dissenting in Part (4.96 KB)

**PRESS RELEASE:** Hearst Corp. To Disgorge $19 Million and Divest Business to Facts and Comparisons to Settle FTC Complaint

### November 20, 2001

- Stipulation For Entry of Final Order and Stipulated Permanent Injunction (8.59 KB)
- Final Order and Stipulated Permanent Injunction (59.83 KB)
- Exhibit F: Monitor Agreement Between Defendants And Richard Shermer (Dated November 2, 2001) (351.32 KB)

**PRESS RELEASE:** Statement of Susan A. Creighton, Deputy Director, Bureau of Competition Regarding FTC Settlement with Hearst Corporation

### April 4, 2001

- Complaint for Permanent Injunction and Other Equitable Relief Pursuant to 7A(g)(2) of the Clayton Act and Section 13(b) of the Federal Trade Commission Act (28.18 KB)
- Statement of Chairman Pitofsky and Commissioners Sheila F. Anthony and Mozelle W. Thompson (1.57 KB)
- Dissenting Statement of Commissioners Orson Swindle and Thomas B. Leary (2.36 KB)

**PRESS RELEASE:** FTC Charges Hearst Trust with Acquiring Monopoly in Vital Drug Information Market

**Exhibit 4**

p. 9

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| NEW ENGLAND CARPENTERS HEALTH BENEFITS FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST DATABANK, INC. and McKESSON CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 05-11148-PBS |

**MEMORANDUM AND ORDER APPROVING CLASS SETTLEMENT
AND AWARDING ATTORNEY'S FEES AND EXPENSES**

August 3, 2009

Saris, U.S.D.J.

After hearing on July 24, 2009, the Court allows the motion for final approval of the proposed nationwide class settlement of $350,000,000 as fair, reasonable, and adequate. See Fed. R. Civ. P. 23(e)(2).

As background, plaintiffs have asserted that defendants First DataBank, Inc. ("FDB"), a drug pricing publisher, and McKesson Corporation, a drug wholesaler, engaged in a racketeering enterprise to fraudulently increase the published "average wholesale price" ("AWP") of over four hundred branded drugs by five percent from late 2001 to 2005 in violation of 18 U.S.C. § 1962 and state law. The full factual background of the allegations are set forth in my Memorandum and Order, dated March

<div style="text-align:center; border:2px solid black; display:inline-block; padding:4px;">

**Exhibit 5**
</div>



17, 2009 [Docket No. 720]. New England Carpenters Health
Benefits Fund v. First Databank, Inc., 602 F. Supp. 2d 277 (D.
Mass. 2009); see also New England Carpenters Health Benefits Fund
v. First Databank, Inc., 244 F.R.D. 79 (D. Mass. 2007). Various
objections were filed to the settlement. I find that the
allocation among the cash, co-pay, and third-party classes is
reasonable. I also find that notice to the classes was
innovative, expansive and reasonable. I reject the objections to
the allocation among the classes, the methodology for
identification of class members, and notice for the reasons
stated in court.

     One remaining issue is the award of attorneys' fees and
expenses. Class counsel seek an award of attorneys' fees and
expenses in the amount of $84,000,000, which is 24 percent of the
$350,000,000 settlement fund. The total lodestar accumulated by
class counsel as of May 1, 2009 was in excess of $8,356,100.
Plaintiffs report expenses accumulated in the amount of $4
million. If the lodestar of $8,356,100 (the attorneys' fees
only) is divided into the requested fee award of $84 million, the
multiplier is 10.05, which is at the highest end of multipliers
imposed in comparable litigation. Objectors have challenged
attorneys' fees and expenses as excessive and not supported by
contemporaneous records.

     In the First Circuit, "[t]he lodestar approach (reasonable
hours spent times reasonable hourly rates, subject to a

<div align="center">2</div>

multiplier or discount for special circumstances, plus reasonable disbursements) can be a check or validation of the appropriateness of the percentage of funds fee, but is not required." In re Compact Disc Minimum Advertised Price Antitrust Litig., 216 F.R.D. 197, 215-16 (D. Me. 2003); In re Thirteen Appeals Arising out of the San Juan Dupont Plaza Hotel Fire Litig, 56 F.3d 295, 307 (1st Cir. 1995); see also Manual for Complex Litigation (Fourth) § 14.122 (2004) ("the lodestar is . . . useful as a cross-check on the percentage method by estimating the number of hours spent on the litigation and the hourly rate, using affidavits and other information provided by the fee applicant. The total lodestar estimate is then divided into the proposed fee calculated under the percentage method. The resulting figure represents the lodestar multiplier to compare to multipliers in other cases.").

Several factors militate in favor of a significant multiplier. Plaintiffs point out that they successfully achieved a mega-amount of $350,000,000 plus future injunctive relief requiring First DataBank to roll back the prices of drugs subject to the conspiracy. There has been near-unanimous and "eye-popping" support for this settlement. (Aff. of Arthur R. Miller [Docket No. 794] ¶ 58.) Plaintiffs' counsel have been excellent in this complex, hard-fought litigation and innovative in its notice program and efforts to find class members. The expenses are included within the amount requested. Still, much of the

3

spade work in learning the arcane intricacies of drug pricing has been done in the related "Average Wholesale Price" litigation, which is separately compensated. See, e.g., In re Pharm. Indus. Average Wholesale Price Litig., 230 F.R.D. 61, 92 (D. Mass. 2005). The major new hurdle plaintiffs mounted here was the contentious battle over class certification, which was continued in the First Circuit. Balancing all the factors under the cross-check approach, I award the amount of $70,000,000, which represents a multiplier of about 8.3 times lodestar, and about 20 percent of the common fund. See Conley v. Sears, Roebuck & Co., 222 B.R. 181, 182 (D. Mass. 1998) (approving attorneys' fees that would constitute a lodestar multiplier of 8.9); In re Rite Aid Corp. Sec. Litig., 146 F. Supp. 2d 706, 736 n.44 (E.D. Pa. 2001) (concluding that, under the cross-check approach, a lodestar multiplier in the range of 4.5 to 8.5 was "unquestionably reasonable").

The Court allows compensation to the Named Consumer Representatives of $2,000 and the Third-Party Payor ("TPP") Plaintiffs for time spent on this case at $100 per hour. There were no objections to these amounts.

Finally, Skilstaf Inc., a TPP, has filed a motion for clarification of, or in the alternative, limited objection to the release by the class of the right to sue retailers separately. Specifically it objects to the release of "any other person" in Section 15 of the Settlement Agreement. McKesson argues that

4

this provision is important because it buys complete peace from having to contribute to judgments that might be entered against retailer pharmacies.  This concern is hardly illusory.  McKesson states that it has already received a demand letter for contribution in litigation filed in California by Skilstaf against retail pharmacies accused of being part of the price-rigging conspiracy.  Mirabile dictu, class counsel (Hagens Berman) apparently is one of the law firms representing Skilstaf in that litigation.  This was an issue which the parties did not flag to the Court during the preliminary approval proceedings or in the Notice, and the Court completely missed it.  Confusingly, McKesson actually wrote Skilstaf an e-mail explaining that it did not intend the release to extend to claims against retail pharmacies.  (Mot. for Clarification [Docket #779] Ex. B at 1.)

     Because this is a proposed settlement, this Court would not have the authority to strike a material provision.  At best it would be able to give a thumbs down to the entire agreement.  To breach the impasse, McKesson has agreed to let Skilstaf opt out. While this approach raises some concerns that Skilstaf is being given special treatment, it is the pragmatic approach.  No other TPP has objected to the provision, and indeed there has been no TPP objection to the settlement.  Indeed, some TPPs filed a brief in support of the settlement.  Moreover, any new suit against the pharmacies based on the allegations in this case is likely time barred.  Accordingly, the Court declines to strike or clarify the

"any other person" language.   Skilstaf has ten days from July 24,

2009 in which it may opt out of the settlement.

SO ORDERED.


**S/PATTI B. SARIS**
UNITED STATES DISTRICT JUDGE

6

**McKESSON**   ABOUT US   OUR STORIES   CAREERS   INVESTORS   CONTACT US   LOGINS   Search

# McKesson Fills Initial Government Orders for Moderna's COVID-19 Vaccine

*December 20, 2020*

**IRVING, Texas, Dec. 20** – As part of Operation Warp Speed, the U.S. government's public-private partnership to deliver COVID-19 vaccines to Americans, and under the direction of the Centers for Disease Control and Prevention (CDC), **McKesson** began distributing Moderna's COVID-19 vaccines and the ancillary supply kits needed to administer them. After months of preparation, which included establishing dedicated distribution centers and assembling supply kits, the company is primed to support the nation during this significant healthcare challenge.

Brian Tyler, CEO, McKesson said, "We are honored to be a partner with the U.S. government and other private-sector companies such as Moderna to support in the distribution of COVID-19 vaccines and the ancillary supply kits. In March, our world seemed to change overnight. But with a renewed sense of commitment and intensified focus, we've come together across industries and forged public and private partnerships to help restore and protect the health and well-being of people around the world. With our exceptional group of employees managing the effort, we stand ready as a company to meet this historical moment."

Key facts include:

- McKesson, a global leader in healthcare supply chain management, is managing two different aspects of the distribution efforts in coordination with the U.S. government. The company is distributing all supply kits for COVID-19 vaccines, as well as the distribution of frozen or refrigerated COVID-19 vaccines. McKesson is not distributing the Pfizer ultra-frozen vaccine.
- McKesson has a long history of managing the pharmaceutical and medical supply chain in the U.S., as well as handling the distribution of vaccines. The company has been the centralized distributor for the CDC's Vaccines for Children program for 13 years, including during the H1N1 public health crisis.
- The U.S. government is making all decisions related to where, when and how many doses McKesson will distribute. The company filled the first order from the CDC on Sunday, December 20. Our shipping partners should deliver initial vaccine orders at administration sites nationwide on Monday, Dec. 21, 2020.
- Maintaining the cold chain is a priority for the company. Upon arrival at a McKesson vaccine distribution center, McKesson will verify that the vaccines were maintained at the proper temperature while in transit and will place the vaccines inside a large-scale, pharmaceutical-grade freezer designed to maintain proper temperatures.
- The freezers are equipped with sophisticated controls, monitoring systems and alarms intended to ensure the vaccines remain within the appropriate temperature ranges.
- After receiving CDC orders, from inside the freezers the vaccine doses will be packed into insulated coolers with specialized cold packs and a temperature monitor so the administration site can verify that the vaccine doses stayed within the required temperature range during transit.
- For the Moderna COVID-19 vaccine, the ancillary supply kit normally will be sent at the same time as the vaccines. The kits include alcohol prep pads, face shields, surgical masks, needles and syringes, a vaccine administration sheet, and a vaccine record and reminder card.
- The company has partnered with FedEx and UPS, who will deliver the vaccines and ancillary supply kits to administration sites throughout the country.

Through Operation Warp Speed, McKesson partners closely with the U.S. Department of Health and Human Services (HHS) and the CDC. For the ancillary supply kit production and distribution, McKesson has partnered with the Strategic National Stockpile, which is part of the Office of the Assistant Secretary for Preparedness and Response within HHS.

**About McKesson Corporation**

McKesson Corporation is a global leader in healthcare supply chain management solutions, retail pharmacy, community oncology and specialty care, and healthcare information solutions. McKesson partners with pharmaceutical manufacturers, providers, pharmacies, governments and other organizations in healthcare to help provide the right medicines, medical products and healthcare services to the right patients at the right time, safely and cost-effectively. United by our ICARE shared principles, our employees work every day to innovate and deliver opportunities that make our customers and partners more successful – all for the better health of patients. McKesson has been named a "**Most Admired Company**" in the healthcare wholesaler category by FORTUNE, a "**Best Place to Work**" by the Human Rights Campaign Foundation, and a top **military-friendly company** by Military Friendly. For more information, visit **www.mckesson.com**.

## PR Contact



David Matthews
**David.Matthews@McKesson.com**
214-952-0833

**FIERCE** Biotech

BIOTECH    COVID-19    RESEARCH    CRO

MedTech

# VA contracts with DARPA-backed startup for real-time behavioral analytics, mental health app

by Stacy Lawrence | Dec 16, 2015 10:11am

The U.S. Department of Veterans Affairs has contracted with Boston-based startup Cogito for use of its real-time behavioral analytics mobile app that analyzes voice recordings and mobile phone usage to create clinically validated behavioral indicators of mental health. The agency said it will use the Cogito app to detect veterans in need of mental health care, including suicide prevention.



*Cogito Companion app--*
*Courtesy of Cogito*

The VA use of the app is expected to enable healthcare managers to better assess veterans' mental health and then to implement outreach strategies for at-risk patients. The predictive behavioral model has been validated through research by agencies including the Defense Advanced Research Projects Agency (DARPA) and The National Institute of Mental Health (NIMH).

In fact, the NIMH is backing an ongoing 300-patient trial of the Cogito app in patients within the age range of 18 and 70 and who have been referred to the South Huntington Clinic for behavioral health care. The app will offer real-time feedback on the patient's mental health based on its monitoring and analysis of voice interactions monitored by the smartphone.

The trial will assess treatment outcome and quality of life outcome as primary endpoints at 6 months; it will also measure other aspects such as self-care behavior and cost of care as secondary endpoints. It started in November and is slated to have final data in 2016.

"Improving the quality of life of the over 20 million veterans in the United States is a critical and important mission," said Joshua Feast, Cogito founder and CEO, in a statement. "The fact the VA is investing in novel behavioral analytics and mobile sensing technology to improve the mental health of veterans demonstrates their commitment to finding innovative solutions that will improve health outcomes."

The Cogito technology was developed in more than 15 years of research at the MIT Media Lab; the Companion app is intended to reveal unconscious signals in the human voice that disclose information about relationships and state of mind.

**Exhibit 7**

Exhibits p. 17

nature
electronics

**ARTICLES**
https://doi.org/10.1038/s41928-021-00545-5



# An electrically conductive silver–polyacrylamide-alginate hydrogel composite for soft electronics

Yunsik Ohm [1,2,5], Chengfeng Pan [1,2,5], Michael J. Ford[1,2], Xiaonan Huang[1,2], Jiahe Liao[1,3] and Carmel Majidi [1,2,3,4 ✉]

Hydrogels offer tissue-like compliance, stretchability, fracture toughness, ionic conductivity and compatibility with biological tissues. However, their electrical conductivity (<100 S cm⁻¹) is inadequate for digital circuits and applications in bioelectronics. Furthermore, efforts to increase conductivity by using hydrogel composites with conductive fillers have led to compromises in compliance and deformability. Here, we report a hydrogel composite that has a high electrical conductivity (>350 S cm⁻¹) and is capable of delivering direct current while maintaining soft compliance (Young's modulus < 1 kPa) and deformability. Micrometre-sized silver flakes are suspended in a polyacrylamide–alginate hydrogel matrix and, after going through a partial dehydration process, the flakes form percolating networks that are electrically conductive and robust to mechanical deformations. To illustrate the capabilities of our silver–hydrogel composite, we use the material in a stingray-inspired swimmer and a neuromuscular electrical stimulation electrode.

Soft electronics that exhibit high electrical conductivity and match the compliance of biological tissue are important in the development of wearable computing[1,2], soft sensors[3,4] and actuators[5], energy storage/generation devices[6,7] and biological displays[8,9]. A variety of material architectures have been used to create soft and stretchable electronics, including deterministic (such as wavy or serpentine) structures[10,11], soft microfluidic channels[12,13] and conductive composites or polymers[14–16]. However, these conductive materials have intrinsic limitations, such as relatively high Young's modulus (≫1 MPa in some cases) or limited deformability, and are not ideally suited for applications related to bioelectronic systems (such as those that require interfacing with biological tissues). Recently, researchers have demonstrated conductive elastomers with enhanced stretchability and compliance by incorporating microdroplets of liquid metal alloys such as eutectic gallium indium (EGaIn)[17,18]. In particular, a highly stretchable and conductive polymer composite has been developed using silver and EGaIn particles embedded in an ethylene vinyl acetate copolymer[18]. Although EGaIn-based polymer composites exhibit an encouraging combination of high conductivity, stretchability and compliance, they require a large volume fraction of metallic filler and their Young's modulus (~0.1–1 MPa) is greater than the modulus of soft gels and biological materials (roughly 1–10 kPa), such as adipose (body fat) tissue[19].

Hydrogels are a promising candidate for soft electronics since they have similar mechanical properties to a range of biological materials and soft tissues[20,21], including epidermal skin[22], brain[23], spinal cord[24] and cardiac tissue[25]. Recent research has highlighted various aspects of hydrogels, including high fracture toughness, tissue-like Young's modulus (<10⁵ kPa), high water content (>75%), ionic conductivity, bioactivity and biocompatibility[21,26]. These properties enable unique applications in bioelectronics[27] and soft robotics[28], including soft-matter sensors[8,29] and actuators[30]. However, hydrogels have an intrinsic ionic conductivity (10⁻⁵ to 10⁻¹ S cm⁻¹; refs. [31–33]) that is six to nine orders of magnitude lower than the conductivity of metals, and is inadequate for digital and power electronics[34].

To improve their electrical properties, hydrogel matrices have been filled with conductive materials such as metallic fillers (for example, nanowires or micro/nanoparticles)[35–38], carbon-based conductive materials (carbon nanotubes or graphene)[39,40] and intrinsically conducting polymers (for example, poly(3,4-ethylenedioxythiophene) polystyrene sulfonate (PEDOT:PSS) or polyaniline)[3,34,41,42]. These composites demonstrate the potential for engineering hydrogels that are both electrically conductive (~10⁻⁵–10¹ S cm⁻¹) and have tissue-like mechanical compliance. However, there is a trade-off between improved electrical conductivity and lowered compliance and deformability in these conductive hydrogel composites. For example, a pure PEDOT:PSS hydrogel[34] has been developed with electrical conductivity of 40 S cm⁻¹ but high Young's modulus (~2 MPa) and low maximum strain limit (<35% strain), while a soft graphene hydrogel[40] has been synthesized with favourable mechanical properties (Young's modulus of 50 kPa) but low electrical conductivity (~10⁻⁴ S cm⁻¹).

In this Article, we report an electrically conductive hydrogel composite that has high electrical conductivity (374 S cm⁻¹), a low Young's modulus (<10 kPa) matching that of soft biomaterials, such as adipose tissue[19], and high stretchability (250% strain). We use a polyacrylamide (PAAm)–alginate hydrogel that is embedded with a low concentration of silver (Ag) flakes. Electrical conductivity is created via a partial dehydration process[34] in which a moderate portion of water is removed to induce percolation and create electrically conductive pathways (Fig. 1a,b). Because the composite has a low concentration of metallic filler, it exhibits only modest hysteresis between loading and unloading cycles. The Ag–hydrogel composite's high conductivity, low Young's modulus, high electrical stability and high stretchability make it a suitable material for applications in soft robotics, bioelectronics and wearable electronics (Fig. 1c, Supplementary Fig. 1 and Supplementary Table 1). We demonstrate the potential applications of this soft conductor by using it in a light-emitting diode circuit that shows high mechanical compliance (Fig. 1d and Supplementary Fig. 2), a stingray-inspired

Exhibit 8

¹Soft Machines Lab, Carnegie Mellon University, Pittsburgh, PA, USA. ²Mechanical Engineering, Carnegie Mellon University, Pittsburgh, PA, USA. ³Robotics Institute, Carnegie Mellon University, Pittsburgh, PA, USA. ⁴Materials Science & Engineering, Carnegie Mellon University, Pittsburgh, PA, USA. ⁵These authors contributed equally: Yunsik Ohm, Chengfeng Pan. ✉e-mail: cmajidi@andrew.cmu.edu

Exhibits p. 18



# nature
## COMMUNICATIONS

### ARTICLE

https://doi.org/10.1038/s41467-019-14114-0     OPEN

# Non-equilibrium signal integration in hydrogels

Peter A. Korevaar[1,2*], C. Nadir Kaplan[1,3,4*], Alison Grinthal[1], Reanne M. Rust[5] & Joanna Aizenberg[1,3,5,6*]

Materials that perform complex chemical signal processing are ubiquitous in living systems. Their synthetic analogs would transform developments in biomedicine, catalysis, and many other areas. By drawing inspiration from biological signaling dynamics, we show how simple hydrogels have a previously untapped capacity for non-equilibrium chemical signal processing and integration. Using a common polyacrylic acid hydrogel, with divalent cations and acid as representative stimuli, we demonstrate the emergence of non-monotonic osmosis-driven spikes and waves of expansion/contraction, as well as traveling color waves. These distinct responses emerge from different combinations of rates and sequences of arriving stimuli. A non-equilibrium continuum theory we developed quantitatively captures the non-monotonic osmosis-driven deformation waves and determines the onset of their emergence in terms of the input parameters. These results suggest that simple hydrogels, already built into numerous systems, have a much larger sensing space than currently employed.

## EXHIBIT 9

[1] John A. Paulson School of Engineering and Applied Sciences, Harvard University, Cambridge, MA 02138, USA. [2] Institute for Molecules and Materials, Radboud University, Heyendaalseweg 135, 6525 AJ Nijmegen, The Netherlands. [3] Kavli Institute for Bionano Science and Technology, Harvard University, Cambridge, MA 02138, USA. [4] Department of Physics, Virginia Polytechnic Institute and State University, Blacksburg, VA 24061, USA. [5] Wyss Institute for Biologically Inspired Engineering, Harvard University, Cambridge, MA 02138, USA. [6] Department of Chemistry and Chemical Biology, Harvard University, Cambridge, MA 02138, USA. email: p.korevaar@science.ru.nl; nadirkaplan@vt.edu; jaiz@seas.harvard.edu

# ARTICLE

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0

ydrogels play a central role in a wide range of applications[1–11], from drug delivery[12] to microsensors[13] to smart optical[14] and homeostatic[15] materials. Much of the recent interest has focused on enabling hydrogels to deform rapidly in-phase with speci c inputs from the environment, such as pH[13,14], temperature[16,17] or chemical concentration[18,19]. In living systems, however, chemical signal transduction—from self-organizing amoebas navigating in elds of chemoattractant waves[20], to heartbeats adapting to ionic bursts and spikes[21], to membranes[22] and genetic material recon guring with changing metabolic states[23]—often involves coupling multiple chemical stimuli arriving at separate times and rates. This non-equilibrium integration is driven by materials that convert each incoming stimulus into a long-lived active chemical or mechanical response, often outlasting the duration of the stimulus and thereby enabling it to be coupled to a later one. We considered that even simple hydrogels intrinsically possess these same mechanistic elements. In this way, hydrogels may potentially act as complex chemical signal integrators and in turn exhibit a wide range of previously unexplored transient phenomena and sensing behaviors.

In current strategies, there is a tight, in-phase feedback between the hydrogel deformations, diffusion, and reversible chemical reactions, such as protonation/deprotonation[7,13,14], oxidation/reduction[24], or complexation/dissociation[10,18]. This means that as soon as the stimulus—e.g. protons, divalent ions or reagents—has been removed from the environment, the gel returns to its original state. Then, the gel s response to a subsequent stimulus is a new, separate, independent event. However, we hypothesized that introducing species that complex to the gel with variable, rather than uniformly fast, association/dissociation rates would enable common hydrogels to act as couplers of different stimuli separated across time and space. In particular, a slow dissociation rate should alter the traditional picture: By remaining complexed to the gel, a chemical stimulus would create a kinetically stable state with a characteristic lifetime. In such a case, the gel s deformation would be transiently maintained upon removal of the stimulus from the environment. A second chemical species introduced later could then compete for binding sites, and trigger decomplexation of the rst chemical species. As a result, the complexation, diffusion, and gel deformation rates associated with the rst stimulus become interlinked with those of the second. In this paper, we show how coupling the dynamics of otherwise separate stimuli in time and space creates speci c responses arising from the transient superposition of chemical species entering and exiting the gel.

We explore this concept with a widely used hydrogel, polyacrylic acid (PAA). Our system consists of a thin layer of hydrogel containing an array of embedded microplates, which enable real-time visualization of the gel s deformations at the microscale. The hybrid hydrogel-microplate con guration[25] has previously enabled a class of adaptive materials that catch and release biomolecules[26], switch chemical reactions on and off[27], or control wettability[28], homeostasis[15] and flow[29]. Under neutral or basic conditions, the carboxyl groups (COOH) of the PAA gel exist in a deprotonated form (COO⁻), the gel is swelled, and the embedded microplates stand upright. Consistent with the traditional use of PAA gel as a direct pH sensor, exposure to acid protonates the COO⁻ groups, inducing nearly immediate contraction of the gel and the associated tilting of the microplates (Fig. 1a, yellow). Adding a base rapidly deprotonates the gel and restores the original state. To test our hypothesis, we apply a rst stimulus divalent copper ions ($Cu^{2+}$), which interacts with COO⁻ and contracts the gel. $Cu^{2+}$ and COO⁻ form a kinetically stable chelate complex, which has been reported to maintain localized gel deformation and blue color over months in the absence of external $Cu^{2+}$ (Fig. 1b, blue).[30] Our results demonstrate how this blue color, characteristic for $COO^−$-$Cu^{2+}$-$COO^−$ complexation, provides a complementary readout mechanism for the complex kinetic interplay between two stimuli. When acid (H⁺) is delivered as a second stimulus to a system previously exposed to $Cu^{2+}$, H⁺ competes for COO⁻ groups (Fig. 1b, gray box) and displaces $Cu^{2+}$, releasing it into the fluid phase of the gel and then into the initially copper-free supernatant. $Cu^{2+}$ decomplexation will be dependent on the timescale of acid delivery $_H$. Varying $_H$ with respect to the timescales of $Cu^{2+}$ diffusion and hydrogel deformation leads to the emergence of a variety of competing non-equilibrium dynamics (Fig. 1, expanded gray box).

Through experiments, scaling laws and a non-equilibrium continuum theory that captures the time-dependent coupling of the two stimuli, we demonstrate how two different, previously unseen responses emerge. (i) Acid-induced $Cu^{2+}$ decomplexation inside the gel triggers transient water influx, driven by the osmosis caused by the $Cu^{2+}$ ions released into the fluid phase of the gel (dependent on the timescale of acid delivery $_H$). At the same time, acid itself contracts the gel (with the mechanical relaxation time $_⊥$). Counterintuitively, even though both $Cu^{2+}$ and H⁺ contract the gel upon complexation, the competition between $Cu^{2+}$-induced osmosis and acid-induced contraction produces traveling osmotic swelling waves when $_H < _⊥$ (Fig. 1c). (ii) If copper is complexed locally in the hydrogel, acid releases $Cu^{2+}$ in region A to diffuse and recomplex to new COO⁻ groups in previously unoccupied neighboring regions B (Fig. 1d). At the same time, acid also competes with $Cu^{2+}$ and displaces it from these new sites. As a result, traveling color waves appear ahead of a slow-moving acid front when it progresses more slowly than $Cu^{2+}$ diffusion.

## Results

**Delivering the $Cu^{2+}$ stimulus to the hydrogel microplate system.** Our hydrogel system comprises an array of surface-attached, slightly pretilted epoxy microplates embedded in a PAA hydrogel (Fig. 2a). The plates are 18 μm tall. The hydrogel has a height of $H$  10 μm measured from the confocal microscopy z-stack imaging (Supplementary Fig. 1). After deprotonating the PAA hydrogel by rinsing with a base, the hydrogel is swollen and the microplates are oriented nearly upright, 9° with the surface normal (see Methods for details). Upon addition of an aqueous copper(II)sulfate solution (0.8 M $CuSO_4$), the hydrogel turns blue, indicating the formation of $COO^−$-$Cu^{2+}$-$COO^−$ complexes in the hydrogel (Fig. 2b, c). Concurrently, the hydrogel contracts, and the embedded microplates tilt toward the substrate. This is evidenced by a progressive conversion from a rectangular to a square projection of the microplates in plain-view optical microscopy images. We note that the presence of the microplates and the blue color of the gel provide simple visual reporters on, respectively, (i) the deformation state of the gel, which is quanti ed by the microplate tilt angle, and (ii) $Cu^{2+}$ complexation, which is quanti ed by the red channel (r-) value in optical microscopy images (see Methods and Supplementary Fig. 1). Both the microplate tilting and the blue color are maintained after $Cu^{2+}$ is removed from the external solution, even after repeated rinsing with water, indicating a kinetically stable state that stores the $Cu^{2+}$ stimulus upon complexation. The vertical diffusion of $Cu^{2+}$ into the gel layer happens at a timescale $_{Cu2}$    $H^2/D_{Cu2}$    10 s, with a diffusion constant of $D_{Cu2}$  $10^{-11}$ m² s⁻¹. Thus, we expect the local contraction and coloring responses upon $Cu^{2+}$ delivery to occur over a time $_{Cu2}$.

The $Cu^{2+}$ delivery can be localized and made directional by using a thin copper electrode wire (diameter approx. 100 μm) mounted directly on top of the substrate, covered with a thin

Exhibits p. 20

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0

ARTICLE



**Fig. 1 Non equilibrium coupling of stimuli across time. a** Traditionally, a responsive polyacrylic acid (PAA) hydrogel contracts and swells directly in-phase with the presence or absence of an acid stimulus (yellow). Here, hydrogel contraction tilts an array of embedded microplates (gray). **b** In contrast to this rapid reversibility, divalent cations (Cu²⁺, blue) contract the PAA gel by forming a kinetically stable complex with two carboxylate (COO⁻) groups, remaining in the gel after removal of Cu²⁺ from the environment. A subsequent acid stimulus then competes for COO⁻ groups and triggers dissociation of the Cu²⁺ on a timescale determined by its delivery rate (ᴴ⁺). The ensuing dynamics of diffusion, complexation, and mechanical deformations in the presence of the entering and exiting stimuli can lead to scenarios depicted in c-d: **c** Competition between transient water in ux, induced by released Cu²⁺, and the mechanical relaxation time of the gel (⊥) creates traveling osmotic swelling waves reporting the speed of an oncoming acid front when ᴴ⁺ < ⊥; **d** Competition between the diffusion and transient recomplexation of released Cu²⁺ (top, curved blue arrow) and its re-release by oncoming acid creates rate-sensitive traveling color waves when the acid progression rate is smaller than the Cu²⁺ diffusion rate (bottom right, narrow blue band).

layer of a sodium perchlorate electrolyte solution (NaClO₄, 0.05 M, see Scheme in Fig. 2d, Methods and Supplementary Fig. 2). When a voltage of approx. 1 V (current 0.1 mA) is applied, the microplates near the positive electrode begin to tilt as the corresponding region of the hydrogel contracts and turns blue. The region expands outward in time with a gradient of tilt angles and color intensity, consistent with Cu²⁺ ions diffusing from the electrode through the electrolyte and binding to the hydrogel (Fig. 2e and Supplementary Movie 1). The slight initial pretilting of the microplates in one orientation results in a uniform tilting direction upon Cu²⁺-complexation. As we noticed a variability in the degree of gel contraction depending on the direction of electrochemical Cu²⁺ delivery, all experiments were performed such that the pretilted plates were oriented towards the Cu²⁺ source, as schematically represented in Fig. 2d. Both the tilted state and blue color are maintained after Cu²⁺ is removed from the external solution by rinsing the substrate with

water. Only a slow release of Cu²⁺ occurs at the edge of the Cu²⁺-contracted region (Fig. 2f).

**Osmotic pulses and waves selective to rapid Cu²⁺ release.** The kinetically stable complexation creates a unique condition where Cu²⁺ is present inside the gel and absent from the external environment. Hence, rapid dissociation of Cu²⁺ upon protonation of the carboxylates must yield a transient osmotic pressure within the gel (Fig. 3a): If the release rate of Cu²⁺ is fast enough to induce water influx, this triggers an osmotic imbalance across the gel supernatant solution interface. Satisfying this condition requires the relaxation time of the hydrogel deformation ⊥ to be smaller than the diffusion timescale of Cu²⁺ (ᶜᵘ²), i e ⊥ < ᶜᵘ² ( ≡ εL U⁽⁰⁾, where ε ∼ h H is the ratio of the change in gel lm thickness h over its equilibrium thickness H, L is the horizontal length scale, and U⁽⁰⁾ is the inlet speed of the acid).

ARTICLE                                                      NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0



**Fig. 2 Delivery and storage of a Cu$^{2+}$ stimulus. a** Scheme of the Cu$^{2+}$ complexation, hydrogel contraction, and microplate tilting upon exposure to Cu$^{2+}$, and the maintenance of this response upon the formation of kinetically stable complexes after the stimulus is removed from the external environment. **b** Optical microscopy images showing that the addition of copper(II) sulfate (see Methods) leads to progressive microplate tilting, concurrent with a progressive colorless-to-blue transition of the hydrogel, indicative of COO$^-$-Cu$^{2+}$-COO$^-$ complexation. The white dotted outlines indicate the change of the cross-sectional view of a single plate from rectangular (in the upright state) to nearly square (in the tilted state). Scale bar: 15 μm. **c** Data corresponding to microscopy images of the microplate tilt angle (black, reported as the angle between microplate and normal to the substrate, see Methods), and Cu$^{2+}$ complexation (blue, reported as value, i.e. red-channel value of the optical micrographs). The tilt angles and blue color are maintained after rinsing the substrate with water (right image in b). **d** Scheme showing Cu$^{2+}$ ions electrochemically delivered from a positively charged copper electrode wire. **e** Upon applying a voltage of approx. 1 V across a copper wire (diameter approx. 100 μm), Cu$^{2+}$ ions are released from the electrode (from the left side of the images), diffuse from left to right, and undergo complexation by the COO$^-$ groups in the hydrogel, inducing blue color and microplate tilting. Scale bar: 50 μm. **f** After electrochemical delivery, localized storage of Cu$^{2+}$ remains intact, with only a slow release of Cu$^{2+}$ at the boundary of the contracted region. The value and the microplate tilt angle vs. position $x$, shown in the graph, were acquired along the horizontal white dashed line shown in e. Scale bar: 50 μm.

Then, a sufficiently low acid-induced Cu$^{2+}$ release timescale $\tau_H$, such that $\tau_H < \tau_\perp$, is expected to produce an unusual transient gel swelling that would be selective only to fast onset-rates of the acid stimulus.

As an initial test of this scaling prediction, a concentrated acid solution (1 M HCl) was added to a hydrogel-microplate substrate containing complexed Cu$^{2+}$. Directly after this delivery of a 'fast arriving' acid stimulus, a rapid dissociation of Cu$^{2+}$ was observed, as indicated by the loss of blue color within $\tau_H \approx 2$ s (Fig. 3b, d and Supplementary Movie 2). Concurrent with this color transition, the initially tilted microplates briefly stood upright at the onset of the acid stimulus, confirming that the system reports the fast acid flow with a transient swelling of the hydrogel when $\tau_H < \tau_\perp$, and then tilted back toward the substrate over $\tau_{Cu2} \approx 10$ s. Corroborating that this unique transient swelling is indeed driven by an osmotic imbalance induced by Cu$^{2+}$ dissociation, we show that the inclusion of CuSO$_4$ (0.8 M) in the HCl solution—to reduce its hypotonic character—suppresses the swelling pulse (Supplementary Fig. 3).

To assess the selectivity of the swelling response for fast Cu$^{2+}$ release, the same amount of acid was added slowly via a series of progressively concentrated HCl solutions, from 0.01 to 1 M. As shown in Fig. 3c, e, Cu$^{2+}$ dissociates from the hydrogel during the

addition step of 0.05 M HCl, over $\tau_H \approx 20$ s. Since in this case the generation of free Cu$^{2+}$ inside the gel is slower than its diffusion out of the gel (i.e. $\tau_H > \tau_{Cu2} \approx 10$ s), the accumulation of free Cu$^{2+}$ in the gel is insufficient to drive the osmotic swelling. As a result, the gel is observed to remain in its contracted state with its microstructures tilted to the substrate, and simply changes color as protonation induces the release of Cu$^{2+}$. We note that when calcium (Ca$^{2+}$) is used as an alternative complexing agent to contract the PAA hydrogel, Ca$^{2+}$ release upon rapid addition of acid induces a transient swelling response as well (Supplementary Fig. 4), suggesting a general applicability of our approach.

The transient osmotic pressure due to rapid Cu$^{2+}$ dissociation can also take the form of traveling swelling waves that are sensitive to the progression rate and direction of an acid front spreading across the substrate. As schematically shown in Fig. 4a, an acid stimulus with a controllable progression rate can be initiated by delivering a drop of acid under one edge of a glass cover (Methods and Supplementary Fig. 5). Cu$^{2+}$ decomplexation at the acid front is indicated by a blue-to-colorless transition that progresses from left to right (Fig. 4b, c), and occurs over a length scale of $L \approx 100$ μm, consistent with free diffusion within the stimulus front ($D \approx 10^{-9}$ m$^2$ s$^{-1}$) over $\tau_{Cu2} \approx 10$ s and $\tau_\perp \approx 10$ s (see Supplementary Information). To meet the

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0    ARTICLE





**Fig. 3 Cu$^2$ ions generate a transient osmotic swelling pulse upon rapid release by an acid stimulus. a** Schematic presentation of the mechanism, showing how acid delivered after Cu$^2$ has been removed from the external environment of the hydrogel protonates carboxylate groups and thereby releases the complexed Cu$^2$. Fast release would generate an osmotic swelling pulse (top) before acid contracts the hydrogel again, while slow addition of acid should lead to a slow Cu$^2$ release without transient swelling (bottom). **b** Experimental demonstration of the fast Cu$^2$ release (regime $_H < _\perp$), triggered by direct addition of concentrated 1 M HCl, which results in rapid disappearance of the blue color and transient reorientation of the microplates in an upright position. The dotted outlines indicate the change of the cross-sectional view of a single plate from nearly square (in the tilted state) to rectangular (in the upright state), and back to nearly square. **c** Stepwise addition of acid leads to a slow release of Cu$^2$, such that the gel remains contracted without transient swelling (regime $_H > _\perp$). Scale bar: 25 m. **d, e** Time-dependent microplate tilt angle and value (acid stimulus added at $t = 0$) for fast (**d**) and stepwise, slow (**e**) addition.

condition of $_H < _\perp$ 10 s—the requirement for observing a transient swelling response as discussed above, where $_H$ $L/v_C$—the acid progression speed must be $v_C > 10$ μm s$^1$. Consistent with this prediction, a wave of weakly up-and-down moving microplates is experimentally observed to travel at the front of an acid stimulus moving with a minimum rate of $v_C = 8.6$ μm s$^1$ (Fig. 4c and Supplementary Movie 3). A slower progression yields no swelling pulse at the stimulus front (Supplementary Fig. 6), as exemplified by the results in Fig. 4b acquired at $v_C = 0.76$ μm s$^1$. In contrast, fast progression ($v_C \geq 95$ μm s$^1$) yields a high-amplitude traveling pulse (Fig. 4d). The pressure that is required to establish a swelling wave spreading over $L$ 100 μm within $_H$ 10 s determines the poroelastic diffusion constant of water inside the hydrogel, given by $D_{water}$ $k_f p/\mu_f$ 10$^{10}$ m$^2$ s$^1$, where $k_f$ 10$^{19}$ 10$^{18}$ m$^2$ is the hydraulic permeability of the hydrogel and $\mu_f = 10^3$ Pa s is the dynamic viscosity of water. The required pressure $p$ equals 1 10 MPa; a pressure that can be generated upon osmosis as the concentration of Cu$^2$ ions is estimated to be 2.9 M (Supplementary Fig. 7 and Supplementary Information), implying a maximum osmotic pressure of ~7 MPa ($p_{osm}$ [Cu$^2$ ]·$k_B T$). We note that the orientation of the microplates with respect to the acid stimulus progression does not have a major effect on the swelling response of the hydrogel.

To further assess the timescales and forces involved in the unique transient swelling responses and traveling waves that arise upon coupling of successive Cu$^2$ and acid stimuli, we developed a continuum theory that gives the time-dependent height profile of a thin hydrogel sheet, based on time- and position-dependent descriptions of (i) Cu$^2$ and acid present in the supernatant fluid, in the hydrogel interior fluid, and complexed to PAA; (ii) the osmotic and contractile forces exerted on the gel due to free and complexed Cu$^2$ and acid in the gel; and (iii) the mechanical deformation of the gel (see Supplementary Discussion). Simulations based on parameter values, which match experimentally assessed time- and pressure-scales, quantitatively reproduce the experimental vertical deformation waves of the hydrogel, as derived from the experimentally observed microplate tilting waves (Fig. 4e, Supplementary Figs. 8 and 9, and Supplementary Movies 4–6). The transient osmotic vertical flow for thin film domains is given by Supplementary Eq. 14 and holds at the leading order O($\delta^0$, $\epsilon^0$), where $\delta$ is the aspect ratio of the thin film; both $\epsilon$ and $\delta$ are very small. The mobility coefficient in Supplementary Eq. 14 scales with $\delta^2$ and is not a free parameter. This osmotic flow quantitatively reproduces the osmosis-induced traveling waves (Fig. 4, Supplementary Movies 4–6). Thereby, our theory shows that, first, species released within the hydrogel induce transient osmosis; second, this enables unique signaling routines that selectively report input stimuli occurring at fast rates; and, third, swelling pulses are displayed at timescales that cannot be established by solely breaking crosslinks in the hydrogel.

Exhibits p. 23

5

ARTICLE
NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0



**Fig. 4 Traveling swelling waves that are sensitive to the acid progression rate. a** Schematic of the experimental design: HCl (1 M) is added from the left side of a $Cu^{2+}$-contracted substrate covered with a thin water film and a glass cover (see Methods). **b d** (Top) Micrographs showing the progression of the acid stimulus at various rates, indicated by a blue-to-colorless transition. (Bottom) The height of the diagrams represents the evolution of the relative hydrogel height in time and space derived from the microplate tilt angle as described in Methods (Supplementary Fig. 1), along the white dashed line for the six micrographs from top to bottom; and the color of the diagrams represents the $Cu^{2+}$ release as characterized by the blue-to-colorless transition: **b** No swelling pulse is observed for the acid stimulus that travels from left to right over 190 μm in 250 s ($v_C = 0.76$ μm s$^{-1}$); **c, d** Faster progression of the acid within 22 s (**c** $v_C = 8.6$ μm s$^{-1}$) and within 2 s (**d** $v_C \geq 95$ μm s$^{-1}$) generates swelling/contraction waves that travel at the acid front. Scale bar: 25 μm. **e** The results of our continuum theory show that traveling swelling/contraction waves are only obtained at $v_C \geq 8.5$ μm s$^{-1}$ for this set of experimental parameters, in excellent agreement with the experimental data. The red dashed lines indicate the starting height of the $Cu^{2+}$-storing hydrogel; the vertical lines indicate the position of the progressing HCl front at three different times; the curves show the corresponding relative hydrogel height along the horizontal position x.

**Traveling color waves reporting slow acid fronts.** Copper ions released by acid from the hydrogel into an otherwise $Cu^{2+}$-free medium not only enable short-term osmotic pressure in the gel, but also give rise to localized patterns of recomplexation as the released $Cu^{2+}$ ions diffuse with the moving acid front. While swelling waves require a rapidly moving acid front to trigger a rapid release of $Cu^{2+}$ inside the gel, recomplexation of $Cu^{2+}$ should in contrast require the acid front to be moving slowly enough for the diffusing $Cu^{2+}$ ions to be able to compete with the oncoming protons for new binding sites. Assuming a graded acid

concentration at the front, $Cu^{2+}$ comigrating with the front will potentially have a time window to recomplex to the gel in the presence of a low acid concentration, before saturating acid overtakes the recomplexed $Cu^{2+}$ and releases it again. Consistent with this possibility, flowing a solution containing 1 M HCl and 0.8 M CuSO$_4$ with a slow progression rate along a substrate with a deprotonated PAA hydrogel yields a transient band of $Cu^{2+}$ complexation at the solution front ($v_C = 3$ μm s$^{-1}$, Supplementary Fig. 10). For a system that is exposed first to $Cu^{2+}$ and subsequently to progressing acid, initial release of $Cu^{2+}$ by acid at

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0

ARTICLE



**Fig. 5 Traveling color waves selectively reporting slowly progressing acid stimuli. a** Schematic presentation showing the mechanism for the appearance of the travelling color waves: $Cu^2$ is initially delivered electrochemically to one side of the substrate (blue region in diagram). A glass cover is then applied and the acid is added from the left and allowed to progress along the substrate; slow progression of the acid (acid rate $< Cu^2$ diffusion) allows $Cu^2$, released at the acid front in the $Cu^2$-complexing region (blue box), to migrate to the adjacent $Cu^2$-free region (blue arrow), generating a transient blue wave just ahead of the stimulus front (gray box). Scale bar: 50 m. **c** Fast progression of the acid from left to right (acid rate > $Cu^2$ diffusion) induces a swelling/contraction wave in the $Cu^2$-complexing region (blue box) and a direct contraction of the hydrogel with no color wave in the region with no $Cu^2$ (gray box). **d**, **e** Schematic representation of the subsequent stages for both regions in (**b**) and (**c**), respectively. **f**, **g** Time-dependent value and microplate tilt angle, acquired at the blue and gray squares in (**b**) and (**c**), respectively.

a region A, followed by diffusion of $Cu^2$ through the supernatant solution and recomplexation to the gel at a region B, can result in a transient band of $Cu^2$ complexation. This must only happen when acid migration from A to B is slower than the diffusion of $Cu^2$ and its subsequent recomplexation at B: $L_x/v_C > L_x^2/D^{(a)}_{Cu2}$, where $L_x \sim L$  100 μm is the distance between A and B, and $D^{(a)}$ is the diffusivity in the supernatant solution.

To test this idea, we electrochemically delivered $Cu^2$ across one half of a gel/microplate system, so that $Cu^2$ is stored on one side while the other remains copper-free (blue and white sides in Fig. 5a, respectively). Acid is then flowed such that the front progresses over both halves in parallel (Fig. 5a, yellow). This con guration potentially allows some of the released $Cu^2$ at the front to diffuse to and recomplex on the copper-free side, subject

# ARTICLE

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0

to the acid-dependent competition and time window. Our experimental results at different progression speeds indeed indicate the ability of this mechanism to produce a distinctive slow-rate-sensitive response: a slow acid progression speed ($v_C = 1\ \mu m\ s^{-1}$) generates a wave of blue color that travels with the acid front through the initially copper-free side (Fig. 5b, d, f and Supplementary Movie 7), featuring the regime where the acid progression is slower than the $Cu^{2+}$ diffusion. This response was further observed with an intermediate rate of $v_C = 3\ \mu m\ s^{-1}$ (Supplementary Fig. 11), and also with a hydrogel without embedded microplates (Supplementary Fig. 12). The inequality $L_a/v_C > L_x^2/D^{(a)}_{Cu2}$ only holds when $v_C < 5\ \mu m\ s^{-1}$, assuming $D^{(a)}_{Cu2} = 10^{-9}\ m^2\ s^{-1}$ and $L_{Cu2} = 10\ s$. Indeed, at fast progression rates ($v_C = 225\ \mu m\ s^{-1}$, Fig. 5c, e, g), no blue color was observed on the copper-free side (acid progression rate > $Cu^{2+}$ diffusion rate). Instead, a wave of osmotic pressure was generated on the copper-storing side, with the associated transient upright movement of the microplates, as discussed above.

## Discussion

Our results provide a potentially transformative approach to chemical signal processing and, more generally, suggest that simple hydrogels have a much larger sensing space than is currently made use of. By integrating the complexation-transport-deformation dynamics induced in the gel by two chemical stimuli that occur separately in time and space, we show that a common hydrogel—traditionally used for direct stimulus tracking through nearly in-phase response to an applied stimulus—can produce previously unseen complexity. This is demonstrated by time-sensitive, nonmonotonic osmotic effects accompanied by spikes and waves of gel expansion and contraction, as well as traveling color waves of patterned migration and recomplexation. Our non-equilibrium continuum theory captures how the diverse responses depend on the coupling of diffusion, flow, complexation, and hydrogel deformation as successive chemical stimuli enter and exit the gel. The theory allows the parameter windows to be predicted for a range of phenomena based on the relative timescales involved in signal coupling. Combined with an extensive experimental and scaling analysis, the model provides insight into the competing processes underlying the response mechanisms and emergent behaviors. As exemplary cases, our theory reveals how traveling osmotic swelling waves can emerge in response to the rapid onset of a stimulus that would normally —on its own—contract the gel, if the timescale of acid propagation is smaller than the mechanical relaxation time of the hydrogel. The theory further implies that, when two $H^+$ signals approach from opposite directions, the accompanying swelling fronts would annihilate each other upon collision. This is because no available bidentate complexation sites would be left ahead of each front to be decomplexed and create osmotic imbalance. Further scaling laws elucidate how a slowly moving acid gradient can induce sequences of migration and recomplexation highly sensitive to the interdependent dynamics of the released and oncoming stimuli.

In conclusion, the framework presented here shows how a hydrogel can be used without specialized modifications to perform complex chemical sensing tasks not previously achieved with electronics-free systems. The exemplary responses we demonstrate likely represent only a small sample of the dynamic phenomena that may emerge. Based on simple, reversible chemistry and trivial hydrogel composition and geometry, our scaling analyses and the theoretical model elucidate distinct outputs able to discriminate among many possible combinations and permutations of rates, times, sequences, and configurations of multiple arriving stimuli. These concepts are potentially

applicable to a wide range of hydrogels, stimuli and non-equilibrium molecular systems beyond the ions, acid, and PAA gel used in this study.[31–39] The non-equilibrium concepts and theory can be further applied to readout mechanisms beyond the microplates used in this study, such as via microparticles dispersed within the gel or via focussing and defocussing of light beams by the gel. Additionally, the concept of rate-selective recomplexation waves—exemplified by the blue color waves in our system—can be expanded by selecting alternative pairs of complexing agents (such as $Ca^{2+}$ and $H^+$), potentially in combination with fluorescent or other indicators. In particular, the non-equilibrium mechanisms revealed in this study may enable micron-scale synthetic soft actuators, analogous to the way $Ca^{2+}$-based biochemical reaction-transport pathways power the motion of some single-celled organisms, such as *D. discoideum*[40] and the *Vorticella* ciliates.[41] Beyond reporting the gels dynamics, microstructures embedded in the gel can themselves introduce feedback to the complexation-transport-deformation coupling[42], potentially opening another realm of non-equilibrium sensing. Further developing these capacities may bring about new possibilities for integrating complex chemical sensing and transduction, using simple soft materials, into areas such as soft robotics, catalytic materials, and agricultural and biomedical diagnostics.

## Methods

**Chemicals and materials.** Polydimethylsiloxane (PDMS, Dow-Sylgard 184) was purchased from Dow Corning Corporation (Midland, MI, USA). Epoxy resin OG178 was purchased from Epoxy Technology (Billerica, MA, USA). Glycidyl methacrylate, acrylic acid, sodium acrylate, 2,2´-azobis(2-methylpropionamidine) dihydrochloride, $N,N´$-methylenebisacrylamide, 1-butanol, ethylene glycol, copper (II)sulfate, sodium perchlorate, ethylenediaminetetraacetic acid, potassium hydroxide and hydrochloric acid were purchased from Sigma Aldrich. Irgacure 819 was purchased from BASF Corporation. Lumiprobe BDP FL NHS ester from Lumiprobe Corporation (Hallandale Beach, FL, USA), calcium chloride from J.T. Baker and copper(II)chloride from Fluorochem. All compounds and materials were used as received.

**Fabrication of hydrogel embedded microplate substrates.** To prepare the epoxy microplate substrates, first a PDMS negative mold was obtained by curing a 10:1 wt./wt. mixture of base resin and hardener onto a silicon master with the microplates positioned in a staggered array, with a height of 18 μm, a width of 10 μm, a thickness of 2 μm and a spacing of 5 μm in both $x$ and $y$ directions. The silicon master was fabricated via the Bosch process and functionalized with (tridecafluoro-1,1,2,2-tetrahydrooctyl)trichlorosilane in a desiccator under vacuum at room temperature for at least 24 h, in order to facilitate demolding of the PDMS. The PDMS prepolymer mixture was mixed for 1 min, degassed under vacuum at room temperature, poured over the silicon master in a petri dish, put under vacuum at room temperature to remove bubbles, and then cured at 70 °C. After 2 h, the PDMS molds were cooled and peeled off from the silicon mold. To prepare an epoxy microplate substrate, 35 μL of a 9:1 (wt./wt.) prepolymer mixture of the OG178 epoxy resin and glycidyl methacrylate was added to the PDMS mold and covered with a glass slide (16 × 16 mm², pretreated in $O_2$-plasma for 2 min). UV curing was performed under a UV lamp (100 W, Blak-Ray with a 365 nm band-pass filter, approx. 10 mW cm$^{-2}$ at 365 nm) for 30 min. The microplate substrate was then obtained by carefully removing the glass slide from the PDMS mold.

In order to embed the microplate structures in the hydrogel, 3 μL of a hydrogel precursor solution was added to the substrate. The hydrogel precursor solution was prepared by combining 400 μL of acrylic acid with 20 mg $N,N´$-methylenebisacrylamide crosslinker in 1 mL of a 1:1 v/v mixture of ethylene glycol and 1-butanol. To introduce the Irgacure 819 photoinitiator, 10 μL of a 25 mg mL$^{-1}$ solution in 1-butanol was added to 90 μL of the aforementioned solution to obtain the hydrogel precursor solution. After applying the hydrogel precursor solution to the microplate substrate, it was immediately covered with a thin glass cover slide (cleaned with isopropanol) and the hydrogel was subsequently cured for 5 min under UV, similarly to the epoxy curing. After curing, the hydrogel-microplate substrate was immersed in deionized water to allow the glass cover slide to detach and to exchange the ethylene glycol/1-butanol mixture in the hydrogel for water.

To assess the embedding of the microplates in the hydrogel, the hydrogel was dyed by combining a solution of Lumiprobe BDP FL NHS ester (2.5 mg mL$^{-1}$) in a 1:1 v/v 1-butanol/ethylene glycol mixture with an equal volume of a double concentrated hydrogel precursor solution (see above). Next, the obtained solution was applied to the microstructures and cured as described above. The dyed hydrogel-microplate substrates were then analyzed by confocal microscopy ($\lambda_{ex} = 488$ nm).

Exhibits p. 26

NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0   ARTICLE

To prepare a hydrogel substrate with no microplates embedded, first an epoxy substrate was prepared by photo curing a Norland 68 epoxy resin sandwiched between a flat PDMS support layer and a glass cover (prepared as described above, total exposure time under UV 10 min). Subsequently, 40 μL of a hydrogel precursor (113 mg mL$^{-1}$ sodium acrylate, 11 mg mL$^{-1}$ $N$-$N$-methylenebisacrylamide and 7.5 mg mL$^{-1}$ 2,2-azobis(2-methylpropionamidine) dihydrochloride photoinitiator in water) was applied, and covered with a glass slide of 18 × 18 mm². Subsequently, the hydrogel was cured under UV (366 nm, 4 min) and the substrate was immersed in water to detach the glass cover. Then, the substrate was vertically immersed for 2 min in an aqueous CuCl$_2$ (0.8 M) solution, such that one half of the hydrogel was complexed to Cu$^{2+}$ as evidenced by the appearance of blue color. The results in Supplementary Fig. 12 were acquired in analogy to the methodology applied for Fig. 5; the images were acquired on a Leica DM 2500 microscope equipped with a Leica DFC 7000T camera.

**Assessing complexation of Cu$^{2+}$ and tilting of microplates.** All optical microscopy images were acquired with an Olympus IX71 dark field inverted microscope equipped with a QImaging Retiga 2000R camera unless stated otherwise. All colored images were acquired with similar white balance settings and light intensity. Confocal microscopy was performed using a ZEISS LSM 700 microscope. SEM images were acquired on a JEOL JSM 6390LV scanning electron microscope, and the sample was sputter-coated with Au/Pd for imaging.

To quantify the tilting of the microplates, the microplate tilt angle was determined from the microplates projection in optical microscopy images. The projection of the microplates was measured in the images and, based on the ratio of this projection to the distance between $n$ rows of microplates in the same image, which equals $(n − 1) × 7$ μm, converted to the real dimensions $p$ in μm. Based on the height of the microplates $h = 18$ μm and the thickness $t = 2$ μm, the microplate tilt angle $\alpha$ was determined as $\alpha = 90 − \arccos((p − t)/h)$ (see Supplementary Fig. 1c). It is assumed that the plates do not curve upon actuation but maintain their straight form and only hinge at the connection to the substrate (see Supplementary Fig. 1b). The relative gel height was derived via $\cos(\alpha)/\cos(\alpha_{\text{gel completely swelled}})$.

The color pro files were acquired using ImageJ 1.50b software. To avoid the pro les being disturbed by the contours of the microplates, the images were blurred (Gaussian blur, Sigma radius 50) prior to acquiring the $r$ value (red channel RGB value).

Absorption spectra were acquired on a Beckman Coulter DU 720 UV/Vis spectrometer, in a polymethyl methacrylate (PMMA) cuvette (optical path length 1 cm) at room temperature, and the background was acquired on a PMMA cuvette with water.

**Complexation of Cu$^{2+}$ in the hydrogel.** Prior to the contraction of the hydrogel via Cu$^{2+}$ complexation, the hydrogel-microplate substrate was sequentially rinsed with hydrochloric acid (HCl 1 M, 4× the same solution of 2 mL), water (5×), potassium hydroxide (KOH in a concentration of 0.1 M, 4× the same solution of 2 mL, repeated with a fresh solution of 2 mL), and water (5×). Thereafter, excess water was removed from the substrate with a tissue. For Fig. 2b, a thin layer of 50 μL water was applied to the substrate, and subsequently 10 μL CuSO$_4$ 0.8 M was added. To assess the storage of Cu$^{2+}$ upon complexation to the hydrogel, the substrate was rinsed with water (4×).

**Electrochemical delivery of Cu$^{2+}$.** Cu$^{2+}$ ions were delivered to the hydrogel-microplate substrate by mounting a copper wire (diameter approx. 100 μm) as a positive electrode and a copper mesh (hole and wire diameter approx. 100 μm) as a negative electrode on top of the substrate with scotch tape, with a distance between the (+) and (−) electrodes of approx. 3 mm, as schematically represented in Fig. 2d. The scotch tape was applied such that it did not allow a short-circuit between the electrodes. One hundred microliters sodium perchlorate (NaClO$_4$) in water (0.05 M) was added as an electrolyte solution, forming a thin electrolyte layer that ensured contact with both the (+) and (−) electrodes. The electrodes were connected via crocodile clips to a Keithley 2450 Sourcemeter power supply, and the current was set at 0.1 mA, resulting in a voltage of approx. 1 V.

**Swelling and contraction pulses.** To prepare the hydrogel for Cu$^{2+}$ complexation, the hydrogel was rinsed with hydrochloric acid (HCl 1 M, 4× the same solution of 2 mL), water (5×), potassium hydroxide (KOH 0.1 M, 4× the same solution of 2 mL, repeated with a fresh solution of 2 mL), and water (5×). Subsequently, excess water was removed from the substrate with a tissue, 50 μL of a 0.8 M CuSO$_4$ solution was added, excess Cu$^{2+}$ was removed by rinsing the substrate with water and excess water was removed with a tissue. To obtain the swelling/contraction pulse (Fig. 3b), 1 mL 1 M HCl was added. The stepwise addition of HCl solutions with increasing concentrations (Fig. 3c) was performed by adding volumes of 1 mL, with removal of excess HCl solution from the substrate prior to each subsequent addition.

**Controlled progression of acid stimulus.** Cu$^{2+}$ was first complexed to the hydrogel as described above (swelling and contraction pulses). The substrate was then dried with a tissue, 4 μL water was applied, and the substrate was covered with a 10 × 16 mm² glass cover of 1 mm thickness. To initiate the HCl stimulus, a

droplet of 30 μL 1 M HCl was added at the edge of the glass cover as schematically shown in Fig. 4a. The color transition progression speed $v_C$ in μm s$^{-1}$ was determined via the time it took the blue-to-colorless front to progress from left to right over the field of view (190 μm). Small-magnification optical microscopy images in Supplementary Fig. 5 reveal a fast progression of the HCl front over the first few millimeters, whereas further away from the edge of the glass cover the progression of the HCl front slows down, enabling variation of $v_C$ for different experiments shown in Fig. 4 and Supplementary Fig. 6. Alternatively, a larger amount of water under the glass cover can be used to slow down the progression.

**Spatial patterning of pulses and traveling waves.** To obtain a localized Cu$^{2+}$ complexation (Fig. 5), Cu$^{2+}$ was electrochemically delivered via the same procedure as described above (electrochemical delivery of Cu$^{2+}$). Here, the experiments started with a substrate that was rinsed with hydrochloric acid (HCl 1 M, 4× the same solution of 2 mL), water (5×), potassium hydroxide (KOH 0.05 M, 4× the same solution of 2 mL, repeated with a fresh solution of 2 mL), and water (5×). Subsequently, the electrodes were removed, and the substrate was rinsed with water, dried with a tissue, and covered with 4 μL water and a glass cover (10 × 16 mm², 1 mm thick). Similarly to the procedure described above (Controlled progression of acid stimulus), a droplet of 30 μL 1 M HCl was added at the edge of the glass cover to initiate the Cu$^{2+}$ release, as schematically shown in Fig. 5a.

**Determining the concentration of Cu$^{2+}$ complexed to gel.** The concentration of Cu$^{2+}$ complexed to the COO$^−$ groups in the hydrogel was determined upon extraction of Cu$^{2+}$ from the hydrogel with an ethylenediaminetetraacetate (EDTA) solution, as shown in Supplementary Fig. 7. By comparing the optical density of the extract solutions to a calibration line (based on absorption spectra of aqueous EDTA solutions (0.27 M, 1 M KOH) with different CuSO$_4$ concentrations), the total amount of Cu$^{2+}$ ions was determined. For the hydrogel-microplate substrate, we obtained a total Cu$^{2+}$ amount of 0.0038 mmol. Based on the ratio between the area of the blue region in Supplementary Fig. 7b and the printed squares of the paper background (0.634 × 0.634 cm²), the hydrogel area in the sample is estimated to be 1.30 cm². Based on the estimated thickness of the contracted hydrogel of 10 μm (Supplementary Fig. 1), the volume of the hydrogel is 0.00130 cm³. Therefore, the Cu$^{2+}$ concentration inside the contracted hydrogel is estimated to be 0.0038 mmol/0.00130 cm³ = 2.9 M (Supplementary Fig. 7). The concentration of carboxylic acid groups in the hydrogel is estimated from the precursor solution, which was prepared from a solution of 0.4 mL acrylic acid 0.5 mL ethylene glycol 0.5 mL 1-butanol, and was subsequently mixed in a 9:1 ratio with the initiator solution, resulting in an acrylic acid concentration of 3.74 M. After the application of the hydrogel precursor, we assume that the solution wets the plates, with a height of 18 μm, as well as the glass cover applied on top of it. Densification of this precursor solution with a thickness of 18 μm to a hydrogel with a final thickness of 10 μm (see Supplementary Fig. 1) results in a final carboxylic acid concentration of 6.7 M. This indicates that after exposing to a concentrated CuSO$_4$ solution, the Cu$^{2+}$ to COO$^−$ complexation in the hydrogel approaches a 1:2 ratio (Cu$^{2+}$/COO$^−_{\text{max}} = 43%$).

## Data availability

The data that support the findings of this study are available within the article (and its Supplementary Information files) and from the corresponding authors on reasonable request.

## Code availability

The computer code that was developed to perform the simulations with our model is freely available at Github: https://github.com/nadirkaplan/hydrogels_naturecomm.

Received: 7 October 2019; Accepted: 12 December 2019;
Published online: 20 January 2020

## References

1.  Zhang, Y. S. & Khademhosseini, A. Advances in engineering hydrogels. *Science* 356, 500 (2017).
2.  Ulijn, R. V. et al. Bioresponsive hydrogels. *Mater Today* 10, 40–48 (2007).
3.  Ionov, L. Hydrogel-based actuators: possibilities and limitations. *Mater Today* 17, 494–503 (2014).
4.  Schroeder, T. B. H. et al. An electric-eel-inspired soft power source from stacked hydrogels. *Nature* 552, 214–218 (2017).
5.  Yuk, H. et al. Hydraulic hydrogel actuators and robots optically and sonically camouflaged in water. *Nat Commun* 8, 14230 (2017).
6.  Ma, C. et al. Bioinspired anisotropic hydrogel actuators with on–off switchable and color-tunable fluorescence behaviors. *Adv Funct Mater* 28, 1704568 (2018).

Exhibits p. 27   9

ARTICLE                                    NATURE COMMUNICATIONS | https://doi.org/10.1038/s41467-019-14114-0

7.  Shim, T. S., Kim, S.-H., Heo, C.-J., Jeon, H. C. & Yang, S.-M. Controlled origami folding of hydrogel bilayers with sustained reversibility for robust microcarriers. *Angew Chem Int Ed* 51, 1420–1423 (2012).

8.  Kim, J., Hanna, J. A., Byun, M., Santangelo, C. D. & Hayward, R. C. Designing responsive buckled surfaces by halftone gel lithography. *Science* 335, 1201–1205 (2012).

9.  Gladman, A. S., Matsumoto, E. A., Nuzzo, R. G., Mahadevan, L. & Lewis, J. A. Biomimetic 4D printing. *Nat Mater* 15, 413–418 (2016).

10. Ma, M., Guo, L., Anderson, D. G. & Langer, R. Bio-inspired polymer composite actuator and generator driven by water gradients. *Science* 339, 186–189 (2013).

11. Morales, D., Palleau, E., Dickey, M. D. & Velev, O. D. Electro-actuated hydrogel walkers with dual responsive legs. *Soft Matter* 10, 1337–1348 (2014).

12. Zhao, X. et al. Active scaffolds for on-demand drug and cell delivery. *Proc Natl Acad Sci USA* 108, 67–72 (2011).

13. Zabow, G., Dodd, S. J. & Koretsky, A. P. Shape-changing magnetic assemblies as high-sensitivity NMR-readable nanoprobes. *Nature* 520, 73–77 (2015).

14. Dong, L., Agarwal, A. K., Beebe, D. J. & Jiang, H. Adaptive liquid microlenses activated by stimuli-responsive hydrogels. *Nature* 442, 551–554 (2006).

15. He, X. et al. Synthetic homeostatic materials with chemo-mechano-chemical self-regulation. *Nature* 487, 214–218 (2012).

16. Kim, Y. S. et al. Thermoresponsive actuation enabled by permittivity switching in an electrostatically anisotropic hydrogel. *Nat Mater* 14, 1002–1007 (2015).

17. Chin, S. M. et al. Covalent-supramolecular hybrid polymers as muscle-inspired anisotropic actuators. *Nat Commun* 9, 2395 (2018).

18. Zhang, C., Cano, G. G. & Braun, P. V. Linear and fast hydrogel glucose sensor materials enabled by volume resetting agents. *Adv Mater* 26, 5678–5683 (2014).

19. Qin, M. et al. Bioinspired hydrogel interferometer for adaptive coloration and chemical sensing. *Adv Mater* 30, 1800468 (2018).

20. Skoge, M. et al. Cellular memory in eukaryotic chemotaxis. *Proc Natl Acad Sci USA* 111, 14448–14453 (2014).

21. Nerbonne, J. M. & Kass, R. S. Molecular physiology of cardiac repolarization. *Physiol Rev* 85, 1205–1253 (2005).

22. Péter, M. et al. Metabolic crosstalk between membrane and storage lipids facilitates heat stress management in Schizosaccharomyces pombe. *PLoS ONE* 12, e0173739 (2017).

23. Bräutigam, K. et al. Dynamic plastid redox signals integrate gene expression and metabolism to induce distinct metabolic states in photosynthetic acclimation in Arabidopsis. *Plant Cell* 21, 2715–2732 (2009).

24. Kim, Y. S., Tamate, R., Akimoto, A. M. & Yoshida, R. Recent developments in self-oscillating polymeric systems as smart materials: from polymers to bulk hydrogels. *Mater Horiz* 4, 38–54 (2017).

25. Sidorenko, A., Krupenkin, T., Taylor, A., Fratzl, P. & Aizenberg, J. Reversible switching of hydrogel-actuated nanostructures into complex micropatterns. *Science* 315, 487–490 (2007).

26. Shastri, A. et al. An aptamer-functionalized chemomechanically modulated biomolecule catch-and-release system. *Nat Chem* 7, 447–454 (2015).

27. He, X., Friedlander, R. S., Zarzar, L. D. & Aizenberg, J. Chemo-mechanically regulated oscillation of an enzymatic reaction. *Chem Mater* 25, 521–523 (2013).

28. Sidorenko, A., Krupenkin, T. & Aizenberg, J. Controlled switching of the wetting behavior of biomimetic surfaces with hydrogel-supported nanostructures. *J Mater Chem* 18, 3841–3846 (2008).

29. Liu, Y. et al. Computational modeling of oscillating nts that "catch and release" targeted nanoparticles in bilayer flows. *Soft Matter* 12, 1374–1384 (2016).

30. Palleau, E., Morales, D., Dickey, M. D. & Velev, O. D. Reversible patterning and actuation of hydrogels by electrically assisted ionoprinting. *Nat Commun* 4, 2257 (2013).

31. Grzybowski, B. A. & Huck, W. T. S. The nanotechnology of life-inspired systems. *Nat Nanotechnol* 11, 585–592 (2016).

32. Dayal, P., Kuksenok, O. & Balazs, A. C. Recon gurable assemblies of active, autochemotactic gels. *Proc Natl Acad Sci USA* 110, 431–436 (2013).

33. Cohen Stuart, M. A. et al. Emerging applications of stimuli-responsive polymer materials. *Nat Mater* 9, 101–113 (2010).

34. Ashkenasy, G., Hermans, T. M., Otto, S. & Taylor, A. F. Systems chemistry. *Chem Soc Rev* 46, 2543–2554 (2017).

35. Epstein, I. R. & Xu, B. Reaction-diffusion processes at the nano- and microscales. *Nat Nanotechnol* 11, 312–319 (2016).

36. Dhanarajan, A. P., Misra, G. P. & Siegel, R. A. Autonomous chemomechanical oscillations in a hydrogel/enzyme system driven by glucose. *J Phys Chem A* 106, 8835–8838 (2002).

37. Wrobel, M. M. et al. pH Wave-front propagation in the urea-urease reaction. *Biophys J* 103, 610–615 (2012).

38. Cangialosi, A. et al. DNA sequence-directed shape change of photopatterned hydrogels via high-degree swelling. *Science* 357, 1126–1130 (2017).

39. Heinen, L., Heuser, T., Steinschulte, A. & Walther, A. Antagonistic enzymes in a biocatalytic pH feedback system program autonomous DNA hydrogel life cycles. *Nano Lett* 17, 4989–4995 (2017).

40. Fets, L., Kay, R. & Velazquez, F. Dictyostelium. *Curr Biol* 20, R1008 (2010).

41. Mahadevan, L. & Matsudaira, P. Motility powered by supramolecular springs and ratchets. *Science* 288, 95–99 (2000).

42. Hu, Y., Kim, P. & Aizenberg, J. Harnessing structural instability and material instability in the hydrogel-actuated integrated responsive structures (HAIRS). *Extrem Mech Lett* 13, 84–90 (2017).

## Acknowledgements

This material is based upon work supported by the Department of Energy under Award Number DE-SC0005247. P.A.K. thanks the Netherlands Organisation for Scienti c Research (NWO Rubicon, VENI) and the Ministry of Education, Culture and Science (Gravity program, 024.001.035) for nancial support. We thank M. Aizenberg, L. Mahadevan and T. Schroeder for stimulating discussions.

## Author contributions

P.A.K., A.G. and J.A. conceived the research. P.A.K. and R.M.R. performed the experiments; C.N.K. developed the theoretical model; all authors analyzed the results; P.A.K., C.N.K., A.G. and J.A. wrote the manuscript.

## Competing interests

The authors declare no competing interests.

## Additional information

Supplementary information is available for this paper at https://doi.org/10.1038/s41467-019-14114-0.

Correspondence and requests for materials should be addressed to P.A.K., C.N.K. or J.A.

Peer review information *Nature Communications* thanks the anonymous reviewer(s) for their contribution to the peer review of this work.

Reprints and permission information is available at http://www.nature.com/reprints

Publisher's note Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional a liations.

Open Access This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The images or other third party material in this article are included in the article s Creative Commons license, unless indicated otherwise in a credit line to the material. If material is not included in the article s Creative Commons license and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this license, visit http://creativecommons.org/licenses/by/4.0/.

© The Author(s) 2020

# Living Electronics for Bio-interfacing

**Speaker:** Prof. Xiaocheng Jiang, Tufts University
**Date:** Nov 15, 2019; **Time:** 2:30pm **Location:** UTEB 175



**Abstract:** Electronic and biological systems represent two limiting thermodynamic models in terms of functioning and information processing. By converging the dynamic and self-adaptable features of bio-machinery and the rationally defined/programmed functionalities of electronic components, there is potential to evolve new capabilities to effectively interrogate and direct biologically significant processes, as well as novel bio-inspired systems/device concepts for a range of engineering applications. The intrinsic mismatches in physiochemical properties and signaling modality at biotic/abiotic interfaces, however, have made the seamless integration challenging. In this talk, I will present our recent effort in forging their structural and functional synergy through the design and development of: (1) bio-hybrid electronics, where living transducers, such as functional biomolecules, organelles, or cells, are integrated with electronic transducers using spatially-defined, biocompatible hydrogel as the interfacing material; and (2) biosynthetic electronics, where biogenic electron pathways are utilized to naturally bridge the gap between internal biological and external electrical circuits. Blurring the distinction between livings and non-livings, these efforts have the potential to facilitate the cross-system communication and broadly impact how complex structures/functions may be designed/engineered.

**Biographical Sketch:** Xiaocheng Jiang is an Assistant Professor in the Department of Biomedical Engineering at Tufts University. He received his Ph.D. in physical chemistry from Harvard University with Professor Charles Lieber, with a focus on the design and application of nanoscale materials and nanoelectronic devices. Prior to joining Tufts, he was an American Cancer Society postdoctoral fellow at Massachusetts General Hospital, where he worked with Prof. Mehmet Toner on functional microfluidics for early cancer diagnostics. His current research concentrates broadly at the interface of materials and biomedical science, with specific interests in bio-inspired/bio-integrable electronics. He is a recipient of NSF CAREER award (2017) and AFOSR young investigator award (2018).

EXHIBIT 10

# MODERNA History

moderna

Zippia Score 4.3 ☆ ☆ ☆ ☆ ⭒

◉ Claim This Company

Overview        Salary        **History**

# MODERNA COMPANY HISTORY TIMELINE

**2010** ──◎ Since its founding in 2010, Moderna has raised more than 2.6 billion in equity financing.

**2011** ──◎ Bancel, who has been CEO since 2011 and previously worked at Eli Lilly Co.

◎ The legal mess has its roots in Moderna's 2011 start, when Robert Langer, an MIT professor, Moderna board member and founder of dozens of biotech companies, told Bancel that Moderna was too underfunded and small to create its own delivery system.

**2013** ──◎ In 2013 the startup signed a deal with AstraZeneca that included a 240 million cash payment , followed by a 140 million investment this year.

**2014** ──◎ And a year before them, in 2014, Juno Therapeutics raised 264 million in its IPO, with a 2.2 billion market cap.

**2015** ──◎ Other top biotech IPOs included Axovant Sciences, which raised 315 million in 2015, giving it a 1.5 billion initial market cap, and Galapagos NV, which raised 275 million in an IPO in 2015, with an initial market cap of 1.7 billion.

**2017** ──◎ The company switched up its R D model from a venture-based one to a therapeutics area R D model in September 2017, bringing four separate units back under one umbrella.

Exhibits p. 30

**EXHIBIT 11**

# nature materials

Published: 26 August 2012

# Macroporous nanowire nanoelectronic scaffolds for synthetic tissues

Bozhi Tian, Jia Liu, Tal Dvir, Lihua Jin, Jonathan H. Tsui, Quan Qing, Zhigang Suo, Robert Langer, Daniel S. Kohane ✉ & Charles M. Lieber ✉

*Nature Materials* **11**, 986–994(2012) | Cite this article

**3639** Accesses | **429** Citations | **212** Altmetric | Metrics

## Abstract

The development of three-dimensional (3D) synthetic biomaterials as structural and bioactive scaffolds is central to fields ranging from cellular biophysics to regenerative medicine. As of yet, these scaffolds cannot electrically probe the physicochemical and biological microenvironments throughout their 3D and macroporous interior, although this capability could have a marked impact in both electronics and biomaterials. Here, we address this challenge using macroporous, flexible and free-standing nanowire nanoelectronic scaffolds (nanoES), and their hybrids with synthetic or natural biomaterials. 3D macroporous nanoES mimic the structure of natural tissue scaffolds, and they were formed by self-organization of coplanar reticular networks with built-in strain and by manipulation of 2D mesh matrices. NanoES exhibited robust electronic properties and have been used alone or combined with other biomaterials as biocompatible extracellular scaffolds for 3D culture of neurons, cardiomyocytes and smooth muscle cells. Furthermore, we show the integrated sensory capability of the nanoES by real-time monitoring of the local electrical activity within 3D nanoES/cardiomyocyte constructs, the response of 3D-nanoES-based neural and cardiac tissue models to drugs, and distinct pH changes inside and outside tubular vascular smooth muscle constructs.

Exhibits p. 31

**Copyright** | Public Records System

Home / Search Results / Detail Record View

| Search Copyright numbers, Name, Title, and more. | **Search** | Advanced Search |

## Detail record view

### Registration record TX0005256671

Copyright Catalog (1978 to present)

◄  Previous

- **Healing codes for the biological apocalypse /Leonard G. Horowitz and Joseph Puleo.**

### Copyright Data

| | |
|---|---|
| **Registration Number / Date** | TX0005256671 / 2000-08-09 |

### Title

| | |
|---|---|
| **Title** | Healing codes for the biological apocalypse /Leonard G. Horowitz and Joseph Puleo. |

### Date

| | |
|---|---|
| **Date of Creation** | 1999 |
| **Date of Publication** | 1999-06-15 |

### Concerned Parties

| | |
|---|---|
| **Copyright Claimant** | Leonard G. Horowitz, 1952- |

### Claim Description

| | |
|---|---|
| **Basis of Claim** | New Matter: additions. |
| **Reproduction Rights Code** | N |

### Description

| | |
|---|---|
| **Description** | 537 p. |
| **Imprint** | c1999. Sandpoint, ID : Tetrahedron Pub. Group, |

### Notes

| | |
|---|---|
| **Catalog of Copyright Entries Part Codes** | 1 |
| **Monograph Type** | A |

### Names

| | |
|---|---|
| **Names** | Puleo, Joseph |
| | Horowitz, Leonard G., |

EXHIBIT 12

p. 32

Home  ›  News releases  ›
**Innovative Supply Chain Information Platform Will Help Prepare For The Next Pandemic**

9 March 2017

# Innovative Supply Chain Information Platform Will Help Prepare For The Next Pandemic

*TOKYO - The United Nations World Food Programme (WFP) and NEC Corporation today announced their collaboration for the development of the first ever information platform to provide end-to-end visibility of supply chains for pandemic interventions, on behalf of the Global Pandemic Supply Chain (PSC) Network. The government of Japan has provided US$1 million for the PSC Network, which will be used as seed funding for the new information platform.*

The Global Pandemic Supply Chain Network was formed in response to lessons learned from the 2014 West Africa Ebola outbreak and discussions that followed at the World Economic Forum in Davos in 2015, where the need for a collaborative, multi-stakeholder response became clear. The founding members of the Network, representing the public sector, include WFP, the World Health Organization (WHO), and the World Bank, and representing the private sector, Henry Schein, Inc., Becton, Dickinson & Co., and UPS Foundation.

The challenges faced during the West Africa Ebola outbreak included severe warehousing and distribution capacity constraints, limited visibility of the overall supply and demand of critical items, access constraints caused by border closures, and a lack of public-private sector coordination resulting in duplicate efforts and an inefficient

**EXHIBIT 13**

Exhibits p. 33

response.

These challenges are being answered by organizations including WFP, WHO, UNICEF, the Food and Agriculture Organization of the United Nations, the Office for the Coordination of Humanitarian Affairs, the World Bank, World Economic Forum, U.S. Agency for International Development, University of Minnesota, GS1, and Centers for Disease Control and Prevention, in collaboration with private sector companies, including Henry Schein, Inc., Johnson & Johnson, UPS Foundation, Becton, Dickinson & Co., and NEC. They have worked together in an unprecedented fashion to develop a framework for improving pandemic preparedness and response.

Supply chain logistics are fundamental to any emergency intervention. Inadequate preparedness and response capacity leads to critical delays, costs lives and wastes precious resources. By bringing together information on supplies and logistics and enabling analysis of supply chain inefficiencies, the new information platform, which will be part of the Global Pandemic Supply Chain Network, will promote timeliness and cost efficiency as well as aid in continuous improvement.

"In order to achieve any one of the Sustainable Development Goals (SDGs) by 2030, we must all do our part, lending our unique expertise and experiences to innovating solutions to global problems," said Ertharin Cousin, Executive Director of WFP. "I am proud of the work being done by the PSC Network. The creation of this new platform is a prime example of the amazing endeavours that are possible when the public and private sectors work together."

**NEC was the first Asian company to join the PSC Network and remains the only**

SAVING LIVES
CHANGING LIVES

. can reach the world's most vulnerable people in times of crisis, NEC will focus on gning a logistics visualization system that will enable end-to-end tracking of pandemic response items, such as protective clothing and medical equipment within a country facing an outbreak, helping to ensure quick and appropriate delivery of supplies to people in need. Other key functions of the system include reporting, data integration with existing logistics systems and in-country warehouse management.

"We are honoured to collaborate with WFP and the other members of the PSC Network to strengthen the global supply chain for pandemic preparedness and response in order to more effectively fight the next disease outbreak," said Dr. Nobuhiro Endo, Chairman of the Board, NEC. "This is a perfect example of our commitment to creating safe,

secure, efficient, and equal societies through the provision of innovative information and communications technologies such as Artificial Intelligence, which also contributes to the United Nations' SDGs."

As members of the PSC Network jointly advocated the need for more efficient pandemic supply chain, the Japanese government has since committed US$1 million to development of the Network, allowing NEC and WFP to begin work.

"It is widely recognized that the global health architecture could be reinforced with improved supply chain platform to enable better preparation and faster response time for pandemics," said Mr. Hideaki Chotoku, Director of Humanitarian Assistance and Emergency Relief Division, Ministry of Foreign Affairs of Japan. "The Japanese Government welcomes and is proud to support the PSC Network which also involves Japanese IT technology. We look forward to monitoring its progress in designing this innovative tool."

#               #               #

**About the Global Pandemic Supply Chain Network**
The Global Pandemic Supply Chain Network is a public-private initiative that seeks to increase supply chain and logistics capacities and develop an information platform to more equitably match supplies with demand. By focusing on supply chain logistics to support the response to large-scale health emergencies, the partnership complements other efforts that are underway to strengthen national and international systems that prevent and manage future pandemics.

**About WFP**
WFP is the world's largest humanitarian agency fighting hunger worldwide, delivering food assistance in emergencies and working with communities to improve nutrition and build resilience. Each year, WFP assists some 80 million people in around 80 countries. Because of its strong capacities in logistics WFP also serves as coordinator of the Humanitarian Logistics Cluster and as manager of the United Nations Humanitarian Air Service (UNHAS) and the United Nations Humanitarian Response Depots (UNHRD). Follow us on Twitter @WFP @WFP_Media @WFP_JP

**About NEC Corporation**
NEC Corporation is a leader in the integration of IT and network technologies that benefit businesses and people around the world. By providing a combination of

products and solutions that cross utilize the company's experience and global resources, NEC's advanced technologies meet the complex and ever-changing needs of its customers. NEC brings more than 100 years of expertise in technological innovation to empower people, businesses and society.  For more information, visit NEC at http://www.nec.com


\#                    \#                    \#

**For more information, please contact:**
Yuko Yasuda, WFP/Tokyo, Tel. +81 (0)3 5766 5364, Mob. +81 (0)90 9844 9990
Email: yuko.yasuda@wfp.org
Seiichiro Toda/Shinya Hashizume, NEC Corporate Communications Division

EMERGENCIES

**News in Focus**   Business & Money   Science & Tech   Lifestyle & Health   Policy & Public Interest   People & Culture

| Browse News Releases | Multimedia Gallery | Trending Topics |
|---|---|---|
| All News Releases | All Multimedia | All Trending Topics |
| All Public Company | All Photos | |
| English-only | All Videos | |
| News Releases Overview | Multimedia Gallery Overview | |



# Profusa and Partners Receive DARPA Award to Speed Detection of Disease Outbreaks

Profusa's Lumee Oxygen Platform Selected as Part of Comprehensive Monitoring Platform

NEWS PROVIDED BY
**Profusa, Inc.** →
Aug 08, 2019, 08:30 ET

SOUTH SAN FRANCISCO, Calif., Aug. 8, 2019 /PRNewswire/ -- Profusa, an empowered health company that is pioneering the next generation of personalized medicine, today announced in collaboration with RTI International and Duke University the award of a DARPA (Defense Advanced Research Projects Agency) award to develop an early identification system to detect disease outbreaks, biological attacks and pandemics up to three weeks earlier than current methods. The RTI DARPA SIGMA+ funded effort is based on evaluating monitoring platforms including Profusa's first-of-its-kind, minimally-invasive injectable biosensor technology, the Lumee™ Oxygen Platform, to measure tissue oxygen levels as a potential indicator of human response to infection or exposure.

Unlike current efforts, which among other methods track and predict outbreaks via public health network data of patients that seek medical care once already experiencing symptoms, this program will assess the ability to collect real-time physiological data including oxygen status through Profusa's injectable biosensor, and other measures to detect impending distress before symptoms are present.

"We believe that data collected by monitoring real-time changes in body chemistry will allow us to make an important shift towards preventative care and away from costly sick-care needed after a pandemic, like the flu, has taken hold," said Ben Hwang, Chairman and CEO of Profusa. "This could lead to advances like more effective vaccines and disease prevention plans that improve health outcomes and potentially reduce healthcare costs. We are honored to receive this DARPA grant and excited to work alongside our partners towards a healthcare ecosystem that is focused on true personalized care."

The data collected by this program will be used to develop new algorithms for the detection of respiratory infections using machine-learning techniques with the goal of optimizing predictive capabilities. The collaborative effort will monitor patients simultaneously, so the technology can provide real-time, geospatial information on the spread of an infectious disease in an urban environment, to derive more effective countermeasures and mitigation strategies.

The project is part of DARPA's SIGMA+ program in the Defense Sciences Office (DSO).

## EXHIBIT 14

**About Profusa**

Founded in San Francisco, Calif., Profusa is an empowered health company led by visionary scientific founders, an experienced management team and a world-class board of directors who share the long-term goal of improving health and well-being for patients worldwide. With its long-lasting, injectable and affordable biosensors and its intelligent data platform, Profusa aims to provide people with a personalized biochemical signature rooted in data that clinicians trust and rely upon. These data may allow people to act as an active and educated participant alongside their care team and understand how their choices and decisions impact health and well-being, day-in and day-out. For more, visit https://profusa.com.

**About the Lumee™ Oxygen Platform**

Profusa's first clinical offering, the Lumee™ Oxygen Platform, which is CE marked for use in the European Union, is indicated for use in patients with potential acute and/or chronic changes in tissue oxygen levels who may benefit from monitoring. The sensors provide continuous and long-term monitoring of the oxygen in subcutaneous tissue. After a single injection, measurement thereafter are obtained non-invasively. In contrast to external pulse oximeters which measure oxygen bound to the hemoglobin in larger blood vessels, the Lumee™ platform measures dissolved oxygen at the tissue level in the fluid that bathes our cells.

**About DARPA SIGMA +**

The DARPA SIGMA+ program aims to expand SIGMA's advance capability to detect illicit radioactive and nuclear materials by developing new sensors and networks that would alert authorities to chemical, biological, and explosives threats as well.

SIGMA+ calls for the development of highly sensitive detectors and advanced intelligence analytics to detect minute traces of various substances related to weapons of mass destruction (WMD) threats. SIGMA+ will use a common network infrastructure and mobile sensing strategy, a concept that was proven effective in the SIGMA program. The SIGMA+ chemical, biological, radiological, nuclear and high-yield explosive (CBRNE) detection network would be scalable to cover a major metropolitan city and its surrounding region.

Planned execution of SIGMA+ will occur in two phases. Phase 1 will focus on developing novel sensors for chemicals, explosives, and biological agents while Phase 2 will focus on network development, analytics and integration.

**Disclaimer**

*Funding from the Defense Advanced Research Projects Agency (DARPA). The views, opinions and/or findings expressed are those of the author and should not be interpreted as representing the official views or policies of the Department of Defense or the U.S. Government.*

**CONTACT:**

Sylvia Aranda

W2O Pure

424-201-9464

saranda@purecommunications.com

SOURCE Profusa, Inc.

Related Links

http://www.profusa.com

Exhibits p. 39