

NPR   WGCU

SIGN IN   NPR SHOP   DONATE

NEWS   ARTS & LIFE   MUSIC   SHOWS & PODCASTS   SEARCH

SUBSCRIBE

SHORT WAVE

# Harvard Professor's Arrest Raises Questions About Scientific Openness

February 19, 2020 · 4:00 AM ET

GEOFF BRUMFIEL



Harvard University professor Charles Lieber leaves the Moakley Federal Courthouse in Boston late last month.

*Charles Krupa/AP*

Until late last month, Charles Lieber lived the quiet life of an elite American scientist. His lab at Harvard University researched things like how to meld tiny electronics with the brain. In his spare time, he grew award-winning pumpkins in front of his house.

**EXHIBIT 17**

NPR   WGCU   ⸱   SIGN IN   NPR SHOP   DONATE

NEWS   ARTS & LIFE   MUSIC   SHOWS & PODCASTS   SEARCH

SUBSCRIBE

SHORT WAVE

# Harvard Professor's Arrest Raises Questions About Scientific Openness

February 19, 2020 · 4:00 AM ET

GEOFF BRUMFIEL

"This is a big, big case," says Frank Wu, a professor at the University of California Hastings College of the Law who tracks Chinese espionage cases. "This is a case that's all about U.S.-China relations. It's about competition. It's about how science should be done."

II

**Calendar No. 577**

114TH CONGRESS
2D SESSION

# S. 2967

**[Report No. 114–306]**

To amend the Homeland Security Act of 2002 to require the Office of Management and Budget to execute a national biodefense strategy, and for other purposes.

———————————

## IN THE SENATE OF THE UNITED STATES

MAY 23, 2016

Mr. JOHNSON (for himself and Mrs. ERNST) introduced the following bill; which was read twice and referred to the Committee on Homeland Security and Governmental Affairs

AUGUST 30, 2016

Reported under authority of the order of the Senate of July 14, 2016, by Mr. JOHNSON, with amendments and an amendment to the title

[Omit the part struck through and insert the part printed in italic]

———————————

# A BILL

To amend the Homeland Security Act of 2002 to require the Office of Management and Budget to execute a national biodefense strategy, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

**EXHIBIT 18**

2

1  **SECTION 1. SHORT TITLE.**

2     This Act may be cited as the "National Biodefense

3  Strategy Act of 2016".

4  **SEC. 2. BIODEFENSE STRATEGY.**

5     (a) IN GENERAL.—Title V of the Homeland Security

6  Act of 2002 (6 U.S.C. 311 et seq.) is amended by adding

7  at the end the following:

8  **"SEC. ~~526~~ 527. NATIONAL BIODEFENSE STRATEGY.**

9     "(a) DEFINITIONS.—In this section—

10        "(1) the term 'biodefense' means any involve-

11     ment in mitigating the risks of major biological inci-

12     dents and public health emergencies to the United

13     States, including with respect to—

14           "(A) threat awareness;

15           "(B) prevention and protection;

16           "(C) surveillance and detection;

17           "(D) response and recovery; and

18           "(E) attribution of an intentional biological

19     incident;

20        "~~(2) the term 'biodefense enterprise' means the~~

21     ~~programs, projects, activities, and resources across~~

22     ~~the Federal Government that are involved in bio-~~

23     ~~defense;~~

24        "~~(3)~~*(2)* the term 'Council' means the Bio-

25     defense Coordination Council established under sub-

26     section (b); ~~and~~

**•S 2967 RS**

3

1    *"(3) the term 'Federal biodefense enterprise'*
2    *means the programs, projects, activities, and resources*
3    *across the Federal Government that are involved in*
4    *biodefense; and*

5    "(4) the term 'Strategy' means the National
6    Biodefense Strategy required to be established under
7    subsection (b)(5).

8    "(b) BIODEFENSE COORDINATION COUNCIL.—

9    "(1) ESTABLISHMENT.—The President shall es-
10    tablish a Biodefense Coordination Council, which
11    shall be comprised of, at a minimum—

12    "(A) the Secretary of Health and Human
13    Services;

14    "(B) the Secretary of Agriculture;

15    "(C) the Secretary of Defense;

16    "(D) the Secretary ~~of Homeland Security~~;

17    "(E) the Secretary of State;

18    "(F) the Director of National Intelligence;
19    and

20    "(G) the Administrator of the Environ-
21    mental Protection Agency.

22    "(2) DUTIES.—The Council shall—

23    "(A) provide the expertise necessary to de-
24    velop the Strategy; and

•S 2967 RS

4

1      "(B) in coordination with the Office of
2      Management and Budget, review, prioritize, and
3      align necessary biodefense activities and spend-
4      ing across the Federal Government, in a man-
5      ner consistent with the Strategy.

6      "(3) ROTATING CHAIR.—During the 4-year pe-
7      riod beginning on the date on which the Council is
8      established, and each 4-year period thereafter, each
9      of the 4 Secretaries described in subparagraphs (A)
10     through (D) of paragraph (1) shall serve as the
11     chairperson for the Council for 1 year. The first
12     chairperson of the Council shall be the Secretary of
13     Health and Human Services.

14     "(4) PRESIDENT'S ANNUAL BUDGET.—The rec-
15     ommendations of the Council shall inform the budg-
16     et submitted by the President under section 1105 of
17     title 31, United States Code, with respect to bio-
18     defense activities.

19     "(5) STRATEGY.—The President shall develop a
20     National Biodefense Strategy to direct and align the
21     inter-governmental and multi-disciplinary efforts of
22     the Federal Government towards an effective and
23     continuously improving biodefense enterprise, includ-
24     ing threat awareness, prevention and protection, sur-

5

1    veillance and detection, and response and recovery to
2    major biological incidents.
3    "(c) COORDINATION.—
4        "(1) COUNCIL.—In developing the Strategy, the
5    President shall utilize the Council.
6        "(2) OTHER AGENCIES.—In developing the
7    Strategy, the President may utilize—
8            "(A) the Secretary of Commerce;
9            "(B) the Attorney General; and
10           "(C) any other Federal department ~~or~~
11       ~~agency the President determines appropriate,~~
12       *agency, or interagency body the President deter-*
13       *mines appropriate, including the Public Health*
14       *Emergency Medical Countermeasures Enterprise.*
15       ~~"(3) PRIVATE SECTOR ENTITIES.—The Presi-~~
16       ~~dent may receive input on elements of the Strategy~~
17       ~~from private sector biodefense entities.~~
18       *"(3) OTHER ENTITIES.—The President may re-*
19       *ceive input on elements of the Strategy from private*
20       *sector biodefense entities and State, local, tribal, and*
21       *territorial governments.*
22           "(4) ACADEMIC INSTITUTIONS.—The President
23       may receive input on elements of the Strategy from
24       academic institutions.

•S 2967 RS

6

1       "(d) COORDINATION WITH EXISTING STRATEGIES.—

2   The Strategy shall serve as a comprehensive guide for

3   United States biodefense that directs and harmonizes all

4   other strategies or plans established or maintained by a

5   Federal department or agency with respect to biodefense.

6       "(e) CONTENTS.—

7           "(1) REQUIREMENTS.—The Strategy shall in-

8       clude, at a minimum—

9               "(A) a comprehensive description of the

10          entities and positions of leadership with respon-

11          sibility, authority, and accountability for imple-

12          menting, overseeing, and coordinating Federal

13          biodefense activities described in subsection

14          (b)(5), including a description of how such enti-

15          ties coordinate on each aspect of biodefense;

16          "(B) a review of current and previous col-

17          laborative efforts between the Armed Forces

18          and the civilian sector of the Federal Govern-

19          ment on biodefense activities and coordination;

20          "(C) a detailed analysis of the—

21              "(i) relevant recommendations issued

22          by external biodefense review panels or

23          commissions, and the extent to which the

24          recommendations have been considered and

7

8   "(iii) risks associated with major bio-
logical incidents;

9       "(iv) resources and capabilities needed

10   to address identified risks;

11       "(v) resource and capability gaps in

12   the biodefense enterprise, including gaps

13   in—

14           "(I) each category of biodefense

15       activity described in subsection (a)(1);

16           "(II) identification and research

17       of emerging biological threats;

18           "(III) programs, projects, and

19       activities in effect before the date of

20       enactment of this section;

21           "(IV) strategies and implementa-

22       tion plans related to biodefense activi-

23       ties in effect before the date of enact-

24       ment of this section;

•S 2967 RS

7

1    ~~implemented by Federal departments and~~

2    ~~agencies;~~

3        ~~"(ii) lessons learned from the response~~

4    ~~of the Federal Government to public health~~

5    ~~emergencies occurring within the 5 years~~

6    ~~preceding the submission of the strategy~~

8

1                     "(V) the ability to reallocate Fed-

2          eral resources to address risks posed

3          by emerging biological threats; and

4                     "(VI) meeting the needs of vul-

5          nerable populations during the re-

6          sponse to and recovery from a public

7          health emergency; and

8                     "(vi) prioritization and allocation of

9          investment across the biodefense enter-

10         prise;

11          "(D)(B) 5-year goals, priorities, and

12     metrics to improve and strengthen the ability of

13     the Federal Government to prevent, detect, re-

14     spond to, and recover from a major biological

15     incident;

16          "(E)(C) short- and long-term research and

17     development projects or initiatives planned to

18     improve biodefense capability; and

19          "(F)(D) recommendations for legislative

20     action needed to expedite progression toward

21     the goals identified in the Strategy.

22     "(2) CONSIDERATIONS.—In developing the

23   Strategy, the President may consider—

24          "(A) the trade-offs made between differing

25     goals and requirements, due to constraints in

**•S 2967 RS**

9

1      expected assets and resources over the time pe-

2      riod of such goals and requirements; and

3             "(B) any other analysis the President de-

4      termines appropriate.

5          *"(3) ANALYSIS.—The Strategy shall include an*

6      *appendix, which shall contain—*

7             *"(A) a review of current and previous col-*

8      *laborative efforts between the Armed Forces and*

9      *the civilian sector of the Federal Government on*

10     *biodefense activities and coordination;*

11           *"(B) a detailed analysis of the—*

12              *"(i) relevant recommendations issued*

13          *by external biodefense review panels or com-*

14          *missions, and the extent to which the rec-*

15          *ommendations have been considered and*

16          *implemented by Federal departments and*

17          *agencies;*

18              *"(ii) lessons learned from the response*

19          *of the Federal Government to public health*

20          *emergencies occurring within the 5 years*

21          *preceding the submission of the strategy;*

22              *"(iii) risks associated with major bio-*

23          *logical incidents;*

24              *"(iv) resources and capabilities needed*

25          *to address identified risks; and*

10

1                           *"(v) resource and capability gaps in*

2                  *the Federal biodefense enterprise, including*

3                  *gaps in—*

4                             *"(I) each category of biodefense*

5                     *activity described in subsection (a)(1);*

6                         *"(II) identification and research*

7                     *of emerging biological threats;*

8                       *"(III) programs, projects, and ac-*

9                     *tivities in effect before the date of en-*

10                    *actment of this section;*

11                       *"(IV) strategies and implementa-*

12                    *tion plans related to biodefense activi-*

13                    *ties in effect before the date of enact-*

14                    *ment of this section;*

15                       *"(V) the ability to reallocate Fed-*

16                    *eral resources to address risks posed by*

17                    *emerging biological threats; and*

18                       *"(VI) meeting the needs of vulner-*

19                    *able populations during the response to*

20                    *and recovery from a public health*

21                    *emergency; and*

22                 *"(C) prioritization and allocation of invest-*

23               *ment across the Federal biodefense enterprise.*

24         *"(f) DEADLINE.—Not later than 24 months after the*

25 date of enactment of this section and ~~notwithstanding~~ *in*

11

1 *accordance with* subsection (k), the President shall submit

2 the Strategy to the Committee on Homeland Security and

3 Governmental Affairs of the Senate and the Committee

4 on Homeland Security of the House of Representatives.

5    "(g) STATUS UPDATES.—Not later than 180 days

6 after the date of enactment of this section, and every 180

7 days thereafter until the date on which the Strategy is

8 submitted to the congressional committees described in

9 subsection (f), the President shall submit to such congres-

10 sional committees an update on the status of the Strategy.

11    "(h) REQUIREMENT.—~~Notwithstanding~~ *In accord-*

12 *ance with* subsection (k), the Strategy shall be made avail-

13 able on a public Internet website.

14    "(i) FIVE-YEAR UPDATE.—Beginning 5 years after

15 the date on which the Strategy is submitted to the con-

16 gressional committees described in subsection (f), and not

17 less frequently than every 5 years thereafter, the President

18 shall update the Strategy.

19    "(j) ANNUAL BIODEFENSE EXPENDITURES RE-

20 PORT.—

21       "(1) IN GENERAL.—Not later than 30 days

22       after the date on which the President submits a

23       budget to Congress under section 1105 of title 31,

24       United States Code, the President shall submit to

25       the appropriate congressional committees a report

12

1    detailing the total amount of expenditures on bio-
2    defense activities by all Federal departments and
3    agencies *and how the expenditures relate to the goals*
4    *and priorities required under subsection (e)(1)(B).*

5    "(2) REQUIREMENT.—The first report sub-
6    mitted under paragraph (1) shall provide historical
7    context by detailing the total amount of expenditures
8    on biodefense for the 3 preceding fiscal years, in ad-
9    dition to the fiscal year requirements for the fiscal
10   year covered by the report.

11   "(k) CLASSIFIED ANNEX.—To the fullest extent pos-
12   sible, any reports required to be made publicly available
13   under this section shall be unclassified, but may include
14   classified annexes that shall be submitted concurrently to
15   the congressional homeland security committees.".

16   (b) TABLE OF CONTENTS.—The table of contents in
17   section 1(b) of the Homeland Security Act of 2002 (6
18   U.S.C. 101 note) is amended by inserting after the item
19   relating to section ~~525~~ *526* the following:

"Sec. ~~526~~*527*. National Biodefense Strategy.".

Amend the title so as to read: "A bill to amend the
Homeland Security Act of 2002 to require the President
to execute a national biodefense strategy, and for other
purposes.".

Exhibits p. 114

Calendar No. 577

114TH CONGRESS
2D SESSION
**S. 2967**

[Report No. 114–306]

# A BILL

To amend the Homeland Security Act of 2002 to
require the Office of Management and Budget to
execute a national biodefense strategy, and for
other purposes.

AUGUST 30, 2016

Reported with amendments and an amendment to the
title

The New York Times |

# White Evangelical Resistance Is Obstacle in Vaccination Effort

Millions of white evangelical adults in the U.S. do not intend to get vaccinated against Covid-19. Tenets of faith and mistrust of science play a role; so does politics.

By Elizabeth Dias and Ruth Graham

Published April 5, 2021   Updated April 6, 2021

Stephanie Nana, an evangelical Christian in Edmond, Okla., refused to get a Covid-19 vaccine because she believed it contained "aborted cell tissue."

Nathan French, who leads a nondenominational ministry in Tacoma, Wash., said he received a divine message that God was the ultimate healer and deliverer: "The vaccine is not the savior."

Lauri Armstrong, a Bible-believing nutritionist outside of Dallas, said she did not need the vaccine because God designed the body to heal itself, if given the right nutrients. More than that, she said, "It would be God's will if I am here or if I am not here."

The deeply held spiritual convictions or counterfactual arguments may vary. But across white evangelical America, reasons not to get vaccinated have spread as quickly as the virus that public health officials are hoping to overcome through herd immunity.

The opposition is rooted in a mix of religious faith and a longstanding wariness of mainstream science, and it is fueled by broader cultural distrust of institutions and gravitation to online conspiracy theories. The sheer size of the community poses a major problem for the country's ability to recover from a pandemic that has resulted in the deaths of half a million Americans. And evangelical ideas and instincts have a way of spreading, even internationally.

There are about 41 million white evangelical adults in the U.S. About 45 percent said in late February that they would not get vaccinated against Covid-19, making them among the least likely demographic groups to do so, according to the Pew Research Center.

"If we can't get a significant number of white evangelicals to come around on this, the pandemic is going to last much longer than it needs to," said Jamie Aten, founder and executive director of the Humanitarian Disaster Institute at Wheaton College, an evangelical institution in Illinois.

As vaccines become more widely available, and as worrisome virus variants develop, the problem takes on new urgency. Significant numbers of Americans generally are resistant to getting vaccinated, but white evangelicals present unique challenges because of their complex web of moral, medical, and political objections. The challenge is further complicated by longstanding distrust between evangelicals and the scientific community.

"Would I say that all public health agencies have the information that they need to address their questions and concerns? Probably not," said Dr. Julie Morita, the executive vice president of the Robert Wood Johnson Foundation and a former Chicago public health commissioner.

No clear data is available about vaccine hesitancy among evangelicals of other racial groups. But religious reasoning often spreads beyond white churches.



**EXHIBIT 19**

Vice President Kamala Harris met with religious leaders recently, urging them to
encourage their communities to take the Covid-19 vaccine.  Chip Somodevilla/Getty Images

Many high-profile conservative pastors and institutional leaders have endorsed the vaccines. Franklin Graham told his 9.6 million Facebook followers that Jesus would advocate for vaccination. Pastor Robert Jeffress commended it from an anti-abortion perspective on Fox News. ("We talk about life inside the womb being a gift from God. Well, life outside the womb is a gift from God, too.") The president of the Southern Baptist Convention, J.D. Greear, tweeted a photo of himself receiving a shot.

But other influential voices in the sprawling, trans-denominational movement, especially those who have gained their stature through media fame, have sown fears. Gene Bailey, the host of a prophecy-focused talk show on the Victory Channel, warned his audience in March that the government and "globalist entities" will "use bayonets and prisons to force a needle into your arm." In a now-deleted TikTok post from an evangelical influencer's account that has more than 900,000 followers, she dramatized being killed by authorities for refusing the vaccine.

**YOUR CORONAVIRUS TRACKER:** *We'll send you the latest data for places you care about each day.*                    Sign Up

Dr. Simone Gold, a prominent Covid-19 skeptic who was charged with violent entry and disorderly conduct in the Jan. 6 Capitol siege, told an evangelical congregation in Florida that they were in danger of being "coerced into taking an experimental biological agent."

The evangelical radio host Eric Metaxas wrote "Don't get the vaccine" in a tweet on March 28 that has since been deleted. "Pass it on," he wrote.

Some evangelicals across ethnicity believe that any Covid restrictions — including mask mandates and restrictions on in-person church worship — constitute oppression.

And some have been energized by what they see as a battle between faith and fear, and freedom and persecution.

"Fear is the motivating power behind all of this, and fear is the opposite of who God is," said Teresa Beukers, who said she is Mexican-American and travels throughout California in a motor home. "I violently oppose fear."

The Coronavirus Outbreak ›

**Latest Updates ›**
Updated 5 hours ago

- Migrant workers again flee India's cities as new lockdowns bite.
- Pfizer and BioNTech requested the F.D.A.'s authorization to use their vaccine in 12- to 15-year-olds.
- Vaccine passports could bring back international travel, in some cases at the risk of discrimination.

Ms. Beukers foresees severe political and social consequences for resisting the vaccine, but she is determined to do so. She quit a job at Trader Joe's when the company insisted that she wear a mask at work. Her son, she said, was kicked off his community college football team for refusing Covid testing protocols.

"Go ahead and throw us in the lions' den, go ahead and throw us in the furnace," she said, referring to two biblical stories in which God's people miraculously survive persecution after refusing to submit to temporal powers.

Jesus, she added, broke ritual purity laws by interacting with lepers. "We can compare that to people who are unvaccinated," she said. "If they get pushed out, they'll need to live in their own colonies."

One widespread concern among evangelicals is the vaccines' ties to abortion. In reality, the connection is remote: Some of the vaccines were developed and tested using cells derived from the fetal tissue of elective abortions that took place decades ago.

The vaccines do not include fetal tissue, and no additional abortions are required to manufacture them. Still, the kernel of a connection has metastasized online into false rumors about human remains or fetal DNA being an ingredient in the vaccines.

Some evangelicals see the vaccine as a redemptive outcome for the original aborted fetus.

White Evangelical Resistance Is Obstacle in Vaccination Effort - Th...        https://www.nytimes.com/2021/04/05/us/covid-vaccine-evangelicals...



The Vatican has said that vaccines are "morally acceptable," and Catholics in America
are much less likely than white evangelicals to say they won't get vaccinated. Pope
Francis visited a vaccination site in the Vatican on Friday. Vatican Media

Some Catholic bishops have expressed concerns about the abortion link, too. But the Vatican has concluded the vaccines are "morally acceptable," and has emphasized the immediate danger posed by the virus. Just 22 percent of Catholics in America say they will not get the vaccine, less than half the share of white evangelicals who say that.

White evangelicals who do not plan to get vaccinated sometimes say they see no need, because they do not feel at risk. Rates of Covid-19 death have been about twice as high for Black, Hispanic, and Native Americans as for white Americans.

White pastors have largely remained quiet. That's in part because the wariness among white conservative Christians is not just medical, but also political. If white pastors encourage vaccination directly, said Dr. Aten, "there are people in the pews where you've just attacked their political party, and maybe their whole worldview."

Dr. Morita, of the Robert Wood Johnson Foundation, said the method to reach white evangelicals is similar to building vaccine confidence in other groups: Listen to their concerns and questions, and then provide information that they can understand from people they trust.

But a public education campaign alone may not be enough.

There has been a "sea change" over the past century in how evangelical Christians see science, a change rooted largely in the debates over evolution and the secularization of the academy, said Elaine Ecklund, professor of sociology and director of the Religion and Public Life Program at Rice University.

There are two parts to the problem, she said: The scientific community has not been as friendly toward evangelicals, and the religious community has not encouraged followers to pursue careers in science.

Distrust of scientists has become part of cultural identity, of what it means to be white and evangelical in America, she said.

For slightly different reasons, the distrust is sometimes shared by Asian, Hispanic and Black Christians, who are skeptical that hospitals and medical professionals will be sensitive to their concerns, Dr. Ecklund said.

"We are seeing some of the implications of the inequalities in science," she said. "This is an enormous warning of the fact that we do not have a more diverse scientific work force, religiously and racially."

Among evangelicals, Pentecostal and charismatic Christians may be particularly wary of the vaccine, in part because their tradition historically emphasizes divine health and miraculous healing in ways that can rival traditional medicine, said Erica Ramirez, a scholar of Pentecostalism and director of applied research at Auburn Seminary. Charismatic churches also attract significant shares of Black and Hispanic Christians.

Dr. Ramirez compares modern Pentecostalism to Gwyneth Paltrow's Goop, with the brand's emphasis on "wellness" and "energy" that infuriates some scientists: "It's extra-medical," she said. "It's not anti-medical, but it decenters medicine."

The Centers for Disease Control and Prevention and Dr. Anthony Fauci are not going to be able to persuade evangelicals, according to Curtis Chang, a consulting professor at Duke Divinity School who is leading an outreach project to educate evangelicals about the vaccine.

The project includes a series of short, shareable videos for pastors, answering questions like "How can Christians spot fake news on the vaccine?" and "Is the vaccine the Mark of the Beast?" The latter refers to an apocalyptic theory that the Antichrist will force his sign onto

Exhibits p. 119

everyone at the end of the world.

These are questions that secular public health entities are not equipped to answer, he said. "The even deeper problem is, the white evangelicals aren't even on their screen."

Mr. Chang said he recently spoke with a colleague in Uganda whose hospital had received 5,000 vaccine doses, but had only been able to administer about 400, because of the hesitancy of the heavily evangelical population.

"How American evangelicals think, write, feel about issues quickly replicates throughout the entire world," he said.

At this critical moment, even pastors struggle to know how to reach their flocks. Joel Rainey, who leads Covenant Church in Shepherdstown, W.Va., said several colleagues were forced out of their churches after promoting health and vaccination guidelines.

Politics has increasingly been shaping faith among white evangelicals, rather than the other way around, he said. Pastors' influence on their churches is decreasing. "They get their people for one hour, and Sean Hannity gets them for the next 20," he said.

Mr. Rainey helped his own Southern Baptist congregation get ahead of false information by publicly interviewing medical experts — a retired colonel specializing in infectious disease, a church member who is a Walter Reed logistics management analyst, and a church elder who is a nurse for the Department of Veterans Affairs.

On the worship stage, in front of the praise band's drum set, he asked them "all of the questions that a follower of Jesus might have," he said later.

"It is necessary for pastors to instruct their people that we don't always have to be adversaries with the culture around us," he said. "We believe Jesus died for those people, so why in the world would we see them as adversaries?"

*Editors' Note: April 6, 2021*
*An earlier version of this article included a photograph of an anti-vaccine protest in Atlanta. Although some protesters carried signs featuring Bible verses, the event was organized by a group that is not religiously affiliated.*

*Editors' Note: April 6, 2021*
*This article was updated to include Teresa Beukers' ethnicity.*

Elizabeth Dias covers faith and politics from Washington. She previously covered a similar beat for Time magazine. @elizabethjdias

Ruth Graham is a national correspondent covering religion, faith and values. She previously reported on religion for Slate. @publicroad

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: White Evangelical Resistance is Obstacle in Vaccination Effort

DARPA to Exploit Social Media, Messaging & Blog Data to Track ...          https://sociable.co/social-media/darpa-to-exploit-social-media-messa...


# The SOCIABLE

Q

BIG TECH      GREAT RESET      MILITARY      CHINA      GOV & POLICY      TECH ˅

BUSINESS      UFO / UAP      SUBSCRIBE      ABOUT

Home > Military Technology > DARPA to 'e ⊙ Oct. 30, 2020 at 3:36 pm

⚡ POPULAR ⊙ RECENT

MILITARY TECHNOLOGY      SOCIAL MEDIA

# DARPA to 'exploit social media, messaging & blog data' to track geopolitical influence campaigns

If abused, the data exploitation could end up serving geopolitical influences in its own right: perspective

Bette
Anno
Laun
Of
New
Yoga
App,
Addi
To Its
Expa
Portf
Of
Healt
And
Fitne
Apps

⊙ 3 years ago

Tim Hinchliffe  ⊙ 4 months ago  💬 no comment  🏷 darpa ,
geopolitics , military technology , pentagon , perspective ,
social media monitoring



From bad to good: Chang the lives of the forme incar

EXHIBIT 20

Exhibits p. 121

3/8/21, 10:05 PM

DARPA to Exploit Social Media, Messaging & Blog Data to Track ...        https://sociable.co/social-media/darpa-to-exploit-social-media-messa...



⚡ **6.35K**
VIEWS

f  𝕏  G  𝓟  in  t  ⛐  vk  ✉

The power to monitor, track, and potentially quash online campaigns before they become popular is getting a whole lot easier.

With the goal of detecting geopolitical influence campaigns while they are still evolving, DARPA is looking to exploit data from social media, messaging, online blogs, and digital news sources with a new research program.

And today, the Defense Advanced Research Projects Agency (DARPA) held an invite-only proposers day on Zoom to go over its new INfluence Campaign Awareness and Sensemaking (INCAS) program.

*"INCAS will exploit primarily publicly-available data sources including multilingual, multi-platform*

throu
entrep

⊙ 3
years
ago



A
$200N
partne
for
the
invoic
finance
indus
in
Latin
Amer

⊙ 2
years
ago



Artific
Intellig
in
Softw
Testin
Interra
annou
new
AI
solutic
for
test
auton
and
next-
gener
digita
exper

⊙ 2
years
ago

**TECH AND SOCIETY**

^

*social media (e.g. blogs, tweets, messaging), online news sources, and online reference data sources" — DARPA*

E-mail

Firstname

Lastname

SUBSCRIBE

The INCAS research program is aimed at detecting, categorizing, and tracking online geopolitical influence campaigns, including those that fly under the radar of most analysts, while simultaneously looking to reduce the influence of cognitive biases, such as confirmation bias, in the process.

To achieve its goals, "INCAS will exploit primarily publicly-available data sources including multilingual, multi-platform social media (e.g. blogs, tweets, messaging), online news sources, and online reference data sources," according to the INCAS special notice.

If ever politicized, this type of DARPA-funded research could end up becoming its own antithesis — a geopolitical influence campaign in its own right.

DARPA has been funding research into monitoring social media and online news sources for a long time now, and big tech companies like Google, Twitter, and Facebook openly embrace this tactic with every type of coordinated inauthentic behavior removal update they give.

Back in 2011, DARPA launched the Social Media in Strategic Communication (SMISC) program "to help identify misinformation or deception campaigns and counter them with truthful information" on social media.

Sound familiar with what's happening on social media news feeds today?



**Are Fully Autonomous Vehicles Fast Approaching?**
In July 2020, speaking via video at the World Artificial Intelligence Conference in Shanghai, Elon Musk stated that[...]



1x   −15s   ▶   +15s   ↪

00:00                    00:00

🔍 Search Episode   ⌃

*"The INfluence Campaign Awareness and Sensemaking program will develop techniques and tools that enable analysts to detect, characterize, and track geopolitical influence campaigns with quantified confidence" — DARPA*

While DARPA serves to advance the capabilities of the US military, the technology developed often has a way of breaking-in to the private sector somewhere down the road.

For example, "DARPA-funded research [...] has led to the development of both military and commercial technologies, such as precision guided missiles, stealth, the internet, and personal electronics," according to a March 17, 2020 Congressional Research Service Overview report.



Are Fully Autonomous Vehicles Fast Approaching?

**MARCH 2, 2021**
· **Sam Brake Guia**

The Silk Road (Psychology After Dark)

**FEBRUARY 23, 2021**
· **Sam Brake Guia**

How To Unlock Your Creativity With Fun-Based Neuroscience Techniques

**FEBRUARY 16, 2021**
· **Sam Brake Guia**

How To Retain More Information, Improve Recall & Learn A New Language

**FEBRUARY 9, 2021**
· **Sam Brake Guia**

Bitcoin FOMO: How Our Psychology Drives The Price Of Bitcoin

**FEBRUARY 2, 2021**
· **Sam Brake Guia**

Changing The 'Chatter' Of Our Inner Voice From Destructive To

*Curtis Hougland*

Recently, it was reported that DARPA-incubated tech —
which was originally developed for combating ISIS
propaganda — was overtly politicized by a Political Action
Committee (PAC) founded by an ex-DARPA contractor to
target and monitor the president of the United States,
although DARPA said the claim was misleading.

Back in May, the *Washington Post* reported that the
Defeat Disinfo PAC, founded by Curtis Hougland, was
"using open-source technology initially incubated with
funding from DARPA," and that it was "in service of a
domestic political goal — to combat online efforts to
promote President Trump's handling of
the coronavirus pandemic."

Following publication of *Washington Post* story that was
later picked up by *FOX News*, DARPA issued a statement
on Twitter saying that "Hougland's claim DARPA funded
the tech at the heart of his political work is grossly
misleading," and that the agency was "apolitical."

Productive
**JANUARY 26, 2021**
· **Sam Brake Guia**

Social Media and
our Psychology
(Don't Worry, We'll
Talk It Out)
**JANUARY 19, 2021**
· **Sam Brake Guia**

Brain Plasticity:
How Technology,
Environments, and
Language Change
Our Brains
**JANUARY 12, 2021**
· **Sam Brake Guia**

Software That
Predicts Employee
Burnout Through
Language
**JANUARY 5, 2021**
· **Sam Brake Guia**

Brains Byte Back:
The Best of 2020
**DECEMBER 29, 2020**
· **Sam Brake Guia**

**LOAD MORE**

Exhibits p. 125

**Gregg Re** @gregg_re · May 4, 2020   
Dems deploying DARPA-funded
information warfare AI-driven tool to
target pro-Trump accounts fxn.ws
/2z3bpdN #FoxNews

Dems deploying DARPA-funded AI-d...
An anti-Trump Democratic-aligned
political action committee advised by...
🔗 foxnews.com

**DARPA** 🏵️
@DARPA

Hougland's claim DARPA funded the
tech at the heart of his political work is
grossly misleading. He advised briefly
on ways to counter ISIS online. He was
not consulted to design AI or analysis
tools, nor certainly anything remotely
political. DARPA is strictly apolitical.

1:25 PM · May 4, 2020                     ⓘ

♡ 46      💬 75      🔗 Copy link to Tweet

Additionally, a DARPA spokesperson told *FOX News*,
"Unequivocally, DARPA funding did not help advance the
technology with which Hougland now works any more
than does his use of other agency technologies like the
internet or mobile phone."

The narrative remains; however, that "Hougland had
received funding from DARPA [...] to assist in the

propaganda fight against ISIS, which had developed a small but sophisticated content machine that exploited social networks to amplify its vision," according to *Vanity Fair*.

Hougland would later found an AI startup called Main Street One, along with a Political Action Committee that leveraged his own startup's technology in a way that appears to be very similar to what he allegedly saw at DARPA.

His startup, Main Street One, aims "to win narratives online for campaigns, causes, and companies," according to a section of its mission statement.

> *"INCAS is not specifically focused on detecting misinformation or bot activity" — DARPA*

Now, DARPA is set to launch the INCAS program, which "will develop techniques and tools that enable analysts to detect, characterize, and track geopolitical influence campaigns with quantified confidence" using automated influence detection across social media, digital media, and other online data sources.

If DARPA's INCAS program is successful in achieving its goals, the technology it develops would have the power to detect influence campaigns that are often overlooked by analysts because they get so little traffic.

DARPA says that these "'low and slow' campaigns are hard to detect early as their message volume may be beneath platform trending thresholds."

The research program "is *not* specifically focused on detecting misinformation or bot activity, as influence

campaigns may exploit a variety of
tactics and true information, but should be able to exploit
such signals from extant capabilities to aid in detecting
influence messaging," according to the special notice.

Theoretically, DARPA's INCAS program could create
technology that would allow analysts to detect and take
action against online movements before they get a
chance to grow.

Whether online campaigns be nefarious or benign, the
power to monitor, track, and quash them before they gain
popularity is getting a whole lot easier.

## Facebook's Portal born out of Pentagon-inspired Building 8



Facebook has a new
hardware product
called Portal, a video
sharing device which
has Amazon's voice
assistant Alexa built-
in, and it is the first physical product released
from Building 8. The breach of 50 million
Facebook user accounts and a loss of $11 billion
didn't stop Facebook CEO Mark Zuckerberg from
today launching the presale ... Continue reading

DARPA to Exploit Social Media, Messaging & Blog Data to Track ...          https://sociable.co/social-media/darpa-to-exploit-social-media-messa...



## DARPA looks to predict future real-world events with AI

DARPA is looking for AI projects that can understand what's going on in the world and then use that understanding to predict the future. The Defense Advanced Research Projects Agency (DARPA) seeks to create a schema-based AI capability to enable contextual and temporal reasoning about complex real-world events in order to generate actionable understanding of these events ... Continue reading

 **The Sociable**                    0

9 of 16                                                                          3/8/21, 10:05 PM



**DEFENSE ADVANCED
RESEARCH PROJECTS AGENCY**

# Autonomous Diagnostics to Enable Prevention and Therapeutics (ADEPT)

## Dr. Amy Jenkins

The Autonomous Diagnostics to Enable Prevention and Therapeutics (ADEPT) program supports individual troop readiness and total force health protection by developing technologies to rapidly identify and respond to threats posed by natural and engineered diseases and toxins. A subset of ADEPT technologies specifically support use by personnel with minimal medical training, delivering centralized laboratory capabilities even in the low-resource environments typical of many military operations. The program is part of a portfolio of DARPA-funded research aimed at providing options for preempting or mitigating constantly evolving infectious disease threats.

The ADEPT program's four thrusts cover simple-to-use, on-demand diagnostics for medical decision-making and accurate threat-tracking; novel methods for rapidly manufacturing new types of vaccines with increased potency; novel tools to engineer mammalian cells for targeted drug delivery and in vivo diagnostics; and novel methods to impart near-immediate immunity to an individual using antibodies.

ADEPT has pioneered use of nucleic-acid-based anti-infective technologies, valuable for their efficacy and adaptability. These tools—primarily coded genetic instructions to the body on how to produce its own protective antibodies against a specific threat— have the advantages of being easily manufactured at scale using largely synthetic processes, transported and stored without many of the cold-chain logistics required by traditional medical countermeasures, delivered with near-immediate efficacy, and safely expressed in the body for only a limited duration, causing no permanent alteration to the genome.

**EXHIBIT 21**

Exhibits p. 130



**For more details and recent updates visit:** https://web.mit.edu/deblina-sarkar/

We are developing **nano-devices using meta-materials** that can **non-invasively and remotely monitor** and modulate our biological system. The requirements of the system are: 1) they should be as small as possible such that the volume displacement of tissue due to the placement of the device is minimal, and 2) they should be **untethered/wireless** such that they can be remotely controlled. Such a device will sense the biological environment and send the information to a system outside the body in real time. The device will also have the capability to do internal analysis of the sensed data and depending on the analysis results, take further action such as electrical stimulation or drug delivery. The device will **harvest energy from external applied fields** for its functioning and also **modulate the external fields for communicating** sensed data.

The possibilities with such bioelectronic devices are endless, and we are exploring, among others, brain activity recording at a large scale with the precision of a single neuron, activity recording in spinal cord and peripheral nervous systems, monitoring tumor microenvironment, observing response to pathology development or external stimulus at a single cell level, along with integrated functionalities such as stimulation and drug delivery.

**EXHIBIT 22**

Research Topics

#synthetic biology  #nanoscience

Exhibits p. 131