

**DEFENSE ADVANCED RESEARCH PROJECTS AGENCY**
675 NORTH RANDOLPH STREET
ARLINGTON, VA 22203-2114

September 18, 2020

**Via Electronic Mail**

James Love
Knowledge Ecology International
1621 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20009

Dear Mr. Love:

    I am responding to your letter of August 27, 2020, to Dr. Amy Jenkins at the Defense Advanced Research Projects Agency (DARPA) requesting the Department of Defense investigate Moderna Therapeutics' (Moderna) alleged failure to disclose DARPA funding support in its patented inventions. DARPA is reviewing agreements it has awarded to Moderna and U.S. patents and published patent applications for Moderna and ModernaTx, since March 2013.

    Thank you for bringing this matter to our attention. Should you have any questions, please contact DARPA Deputy General Counsel, Geraldine Chanel, at 571-218-4609 or geraldine.chanel@darpa.mil.

Sincerely,

D. Peter Donaghue
Contracting Officer-Division Director
Contracts Management Office

Exhibit 1