IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| LEONARD G. HOROWITZ,<br><br>      Plaintiff,<br><br>v.<br><br>PFIZER INC., HEARST CORPORATION, MODERNA INC., HENRY SCHEIN, INC., AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>      Defendants. | Case No. 2:20-cv-00955-JLB-NPM |

**DEFENDANT THE HEARST CORPORATION'S NOTICE OF WAIVER OF ATTORNEYS' FEES AND COSTS UNDER FLA. STAT. § 768.295**

Pursuant to this Court's Order filed on September 15, 2021 (ECF No. 87), Defendant The Hearst Corporation ("Hearst") provides notice that, for Plaintiff's complaint filed on December 2, 2020 (ECF No. 1), it will not file a motion requesting its attorneys' fees and costs under Florida's anti-SLAPP statute, Fla. Stat. § 768.295.

Hearst expressly reserves and does not waive its right to file a motion for its attorneys' fees and costs under Florida's anti-SLAPP statute, Fla. Stat. § 768.295, should Plaintiff attempt to reinstitute or refile this case.

1

        Respectfully submitted,

        /s/ Nina N. Shah
Ravi V. Sitwala (admitted *pro hac vice*)
Nina Shah (admitted *pro hac vice*)
The Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Tel: (212) 649-2482
rsitwala@hearst.com
nina.shah@hearst.com

*Attorneys for Defendant The Hearst Corporation*

Dated: September 22, 2021

## CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of September 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I have caused to be served a copy of the foregoing via e-mail on:

Leonard G. Horowitz, *Pro Se*
P.O. Box 150457
Cape Coral, FL 33915
e-mail: editor@medicalveritas.org

        /s/ Nina N. Shah
          Nina N. Shah